## EXHIBITS (Total 43 Pages)

**A — Copyright/Registration** ........................................ 2 Pages

- Exhibit A-1: GTOE copyright registration certificate (TXu 2-541-568)
- Exhibit A-2: TTOD pending copyright application

**B — Publication** ........................................ 5 Pages

- Exhibit B-1: GTOE publication on CERN Zenodo
- Exhibit B-2: TTOD publication on CERN Zenodo
- Exhibit B-3: GTOE other platform publication
- Exhibit B-4: Propaedeutic works characterization document
- Exhibit B-5: GTOE additional platform publication

**C — Content/Originality** ........................................ 2 Pages

- Exhibit C-1: GTOE original expression (formulations, prose, structure)

**D — Restrictions/Notice** ........................................ 8 Pages

- Exhibit D-1: noai/noimageai directives + cdtproject.org restrictions
- Exhibit D-2: Additional restrictions documentation
- Exhibit D-3: UZ-Tech / metadata-level restrictions
- Exhibit D-4: CDTAI.US authorized channel documentation

**E — CDT Ecosystem** ........................................ 1 Page

- Exhibit E-1: CDT segments — only GTOE and TTOD publicly released

**F — Harm/Business** ........................................ 9 Pages

- Exhibit F-1: Authorship/ownership documentation
- Exhibit F-2: Financial harm / commercialization disruption
- Exhibit F-4: Notice confirmation documentation
- Exhibit F-5: Server access logs (crawler activity post-December 20, 2025)

**G — April 23 Notices** ........................................ 4 Pages

- Exhibit G-1 through G-4: Certified mail notices to each defendant's CLO

**H — June 1 Notice Delivery Confirmation** ........................................ 6 Pages

- Exhibit H-1 through H-6: Delivery confirmations for both notice rounds

**I — July 14, 2026 AI Outputs** ........................................ 6 Pages

- Exhibit I-1: Meta AI session transcript
- Exhibit I-2: Google Gemini session transcript
- Exhibit I-3: ChatGPT session transcript
- Exhibit I-4: Grok session transcript