**Exhibit: A-1**

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**TXu 2-541-568**
**Effective Date of Registration:**
December 04, 2025
**Registration Decision Date:**
May 12, 2026

## Title

**Title of Work:** The General Theory of Entirety

## Completion/Publication

**Year of Completion:** 2025

## Author

- **Author:** Kalishwar Das
  **Author Created:** text
  **Domiciled in:** United States
  **Year Born:** 1968

## Copyright Claimant

**Copyright Claimant:** Kalishwar Das
1505 The Xing, Rock Hill, SC, 29732
**Transfer statement:** By inheritance

**Copyright Claimant:** Harshvardhan DAS
1505 The Crossing, 1505 The Crossing, ROCK HILL, SC, 29732, United States

## Limitation of copyright claim

**Material excluded from this claim:** text
**Previous registration and year:** TXu 2-439-781, 2024

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Ultimate-Z LLC
**Name:** Harshvardhan DAS
**Alt. Telephone:** (803)565-3930