**Exhibit: A-2**

**Case Summary:**

| | | | | | |
|---|---|---|---|---|---|
| **Case #:** | 1-15128457591 | **Type of Case:** | Literary Work | **Opened:** | 3/26/2026 |
| **Title:** | Tangible Theorem of Divinity | | | **Contact Name:** | Kalishwar Das |
| **Fee Due:** | 65.00 | **Service Fee Paid:** | 65.00 | **Claim Status:** | Pending |

## Submit Your Work(s)

To complete your submission, please submit the required copy(ies) of your work. You may (1) upload electronic files if the work meets the requirements; otherwise, you must (2) send the work by mail (do not do both).

(1) Upload your work(s): Please perform the following steps for the case(s) in the table below.
**Step 1:** Click the "Select files to upload" button. Using your computer's browser, select your files for the corresponding work then click the "Start upload" button.
**Step 2:** After uploading all files for this work, click the corresponding "Complete Your Submission" button. Files cannot be uploaded later than 5 days after your first file is received.

**Please note: Files cannot be returned or deleted once uploaded. To avoid delays and/or a later effective date of registration, please verify the following before uploading a copy of your work(s):**

- It is a category of work that may be uploaded
- It is an acceptable file type
- It is an acceptable file size

**If you have a large number of files, please consider compressing them in a Zip file for upload. If you do use a Zip file, please ensure it is smaller than the 500MB file size limit for uploads.**

## Upload Your Work(s)

1 - 1 of 1

| Case Details | Step 1: Select & Upload Files | Step 2: Complete Your Submission |
|---|---|---|
| **Case #:** 1-15128457591<br>**Title:** Tangible Theorem of Divinity<br>**Volume:**<br>**Number:**<br>**Issue Date:**<br>**Type of Work:** Literary Work | Claim submission completed; no further action required<br>Click here for more information | |

## Updates

1 - 1 of 1

| Comments | Activity Type | Status | Created |
|---|---|---|---|
| Submitted by KALIDASA on 03/26/2026 | Upload Deposit | Received | 03/26/2026 22:10:09 |