zenodo Search records... Communities My dashboard kalishwar...

**Planned intervention.** On Wednesday, June 17th 06:30 UTC, Zenodo will be unavailable for 2-3 minutes to perform a storage cluster upgrade.

Exhibit: B-1

Published May 6, 2026 | Version v2.2

Preprint Open

# The General Theory of Entirety

DAS, KALISHWAR (Rights holder)[1]

Show affiliations

## Contributors

**Project member:** Das, Harshvardhan[1]

Show affiliations

This version (v2.2) of *The General Theory of Entirety (GTOE)* presents a pre-geometric ontological framework grounded in the identity **$\Sigma = \hat{C}^2(0)^1$**. Contemporary scientific frameworks, including high-energy physics and cosmology, operate entirely within geometric or projection-defined domains and do not establish a formally recognized pre-geometric origin layer. GTOE addresses this foundational absence directly by defining origin layer (**$\hat{C}^2$**) and distinguishing it from the projection layer (**$X^2$**), within which all physical observables, including geometry and quantum behavior, are confined.

Ultimate Zero (UZ) is defined as the minimum non-zero distinguishability boundary (**D'**), constituting the origin-layer threshold within $\hat{C}^2$. Projection is governed by the constraint-bound structural expression $\mathcal{P}_i c_i$, arising through structural mirroring at this boundary without invoking causality or physical transition across domains.

The Planck scale is positioned as a projection-level threshold within $X^2$ and does not represent an ontological origin. Recursion dynamics (**Nfb → UZ → Pfb**) are treated as structural necessity within this framework rather than causal process.

> Contemporary high-energy physics advances toward increasingly fundamental descriptions within $X^2$, but remains confined to projection-defined frameworks. It has never attempted to formally recognize an origin-layer structure and, within its current theoretical commitments, is missing a framework to test or verify the universe as a projection continuously arising from such a domain, manifesting as ongoing expansion. This limitation has resulted in recurring misinterpretations of pre-geometric formulations when conventional algebraic or geometric assumptions are imposed outside their defined domain. For interpretive guidance and contextual clarification, see: https://cdtproject.org/main-notice

The framework enforces strict domain separation, ensuring that no geometry, quantum behavior, or causality is attributed to the origin layer. Empirical relevance is maintained through projection-consistent observables, without introducing new physical entities.

Version 2.2 introduces the operative relation **$\Sigma \equiv \mathcal{P}_i c_i(\hat{C}^2)$** as central to the framework — a constraint-bound structural expression governing projection, universally applicable across $X^2$ manifestations. The symbol Σ denotes invariant totality and is not a summation operator, while $\hat{C}^2$ denotes the origin layer as primordial coherence. This relation is an identity of expression within the framework; *computational elaboration, where applicable, is reserved for subsequent publications.* This clarification directly addresses prior misinterpretations arising from conventional algebraic reading of the symbolic notation by data crawlers and serach engines beside general public inquiry.

An interpretive note on Prāṇa is retained with mild moderation as: Prāṇa is not produced by biological systems. It is rooted in $\hat{C}^2$ as primordial coherence and is expressed within $X^2$ through biological systems. Under suitable phenomenal conditions, this expression is experienced as consciousness. This interpretive position is universally applicable across $X^2$ manifestations and is not limited to known biological forms of life and consciousness.

This version (v2.2) is derived from its Main Copyright edition of 2025 and constitutes a refined presentation of the same underlying intellectual property without altering its foundational ownership or authorship.

## Files

GTOEWhitepaper_v2.2.pdf

1 of 34 Automatic Zoom Download



Manage

Edit

New version

Share

5K VIEWS 1K DOWNLOADS

Show more details

## Versions

Version v2.2 — May 6, 2026 — 10.5281/zenodo.20043556

Version v2.1 — Apr 4, 2026 — 10.5281/zenodo.19400632

Version v2.0.0 — Dec 29, 2025 — 10.5281/zenodo.18108347

Version 1.2.1 — Jan 1, 2026 — 10.5281/zenodo.18113501

Version v1.2.0 — Dec 20, 2025 — 10.5281/zenodo.18043683

View all 6 versions

**Cite all versions?** You can cite all versions by using the DOI 10.5281/zenodo.18004726. This DOI represents all versions, and will always resolve to the latest one. Read more.

## External resources

**Indexed in**

OpenAIRE

## Communities

*This record is not included in any communities yet*

## Keywords and subjects

pre-geometric theory foundational physics ontology emergence theoretical framework origin of structure | Physics (General) Philosophy of Science Mathematics (General) | Ultimate Zero | Pregeometric Ontology | Projection Framework | Contextual Domain Trajectory | Foundational Physics | pre-geometric | Projection of Universe from Origin layer | Origin layer | Inertia | Prana | Prana | Consciousness | coherence-in-expression | divine coherence in expression

## Details

DOI