zenodo Communities My dashboard kalishwar...

Exhibit: B-2

Planned intervention. On Wednesday, June 17th 06:30 UTC, Zenodo will be unavailable for 2-3 minutes to perform a storage cluster upgrade.

Published March 30, 2026 | Version v1.0 Preprint Open

Manage

Edit

New version

Share

# Tangible Theorem of Divinity (TTOD)

DAS, KALISHWAR

***Tangible Theorem of Divinity (TTOD)*** is a structural exposition operating within the projected domain ($X^2$), developed to articulate and examine the identity aspect of reality as implied by the *General Theory of Entirety* ***(GTOE, DOI: 10.5281/zenodo.18168347)***.

TTOD does not introduce a new physical model, nor does it alter or extend the foundational structure of GTOE. It functions as a **bridge-layer exposition**, translating the pre-geometric and non-causal framework of GTOE into an interpretable form within $X^2$, without crossing domain boundaries.

The central focus of TTOD is to verify, as a scientific proposition (even if presently articulated in ontological terms), that nothing which exists—whether known, perceived, or unknown—is separable or distinct from divinity.

This verification is not presented as belief, theology, or metaphysical assertion, but as a structural consequence of the ontological conditions defined in GTOE.

Within this framework:

- The origin layer remains non-causal and pre-geometric
- Projection into $X^2$ preserves structural continuity without transfer, emission, or causal propagation
- No entity, phenomenon, or state—known or unknown—exists independently of this identity
- Divinity is not treated as an external force, agent, or emergent property, but as **inseparable identity** inherent to all that is exposed within $X^2$
- TTOD operates strictly within domain integrity, without introducing causal backflow into the origin

TTOD is not a standalone theory and must be read in conjunction with GTOE, to which it remains fully aligned and structurally subordinate.

It prepares the conceptual ground for progression toward the *Special Theory of Entirety (STE)*, where examinability within the projected domain ($X^2$) is further addressed uniquely.

**Custom License Notice**

© Kalishwar Das. All rights reserved.

This work is made publicly accessible for **non-commercial individual reading and academic reference only.**

No part of this work may be:

- reproduced, distributed, or transmitted
- modified, adapted, or reinterpreted
- used in any commercial activity
- used for training artificial intelligence or inclusion in datasets
- encoded, extracted, or embedded into any system

without prior written authorization from the right holder.

Any unauthorized use constitutes a violation of rights and may be subject to legal action.

## Files

TTOD_Whitepaper_v1.0.pdf

1 of 9 Automatic Zoom Download

Whitepaper v1.0 – Final Merged Core · COT Segments 2 1

**Tangible Theorem of Divinity**

*TTOD — A Structural Resolution of Identity-Condition Across Projection*

KALISHWAR DAS

§ Preamble On the Use of "Divinity"

87 VIEWS

44 DOWNLOADS

Show more details

## Versions

Version v1.0 Mar 30, 2026
10.5281/zenodo.19340304

**Cite all versions?** You can cite all versions by using the DOI 10.5281/zenodo.19340303. This DOI represents all versions, and will always resolve to the latest one. Read more.

## External resources

**Indexed in**

OpenAIRE

## Communities

*This record is not included in any communities yet.*

## Keywords and subjects

General Theory of Entirety Pre-geometric framework Ontological physics Divinity Identity Consciousness structure Ultimate Zero Non-causal origin Emergent reality

## Details

**DOI**

DOI 10.5281/zenodo.19340304

**Resource type**

Preprint

**Publisher**

Zenodo

**Languages**

English

## Rights

**License**

TTOD Non-Commercial No Derivatives License v1.0

**Copyright**

Copyright © 2026 Kalishwar Das