viXra.org > History and Philosophy of Physics >
viXra:2512.0046

SUBMIT BLOG Donate To viXra.org Search viXra.org

## History and Philosophy of Physics

Exhibit: B-3

# The General Theory of Entirety v1.2

**Authors:** Kalishwar Das

The General Theory of Entirety (GTOE) defines $\Sigma = \check{c}^2(0)^1$ as the foundational pre-geometric substrate, where distinguishability is minimal yet structurally stable. Its internal dynamics are governed by the NFB—UZ—PFB recursion engine, which generates oscillatory identity-instability, establishes the curvature-capacity field, and produces the pressure that compels the transition $\check{c}^2 \rightarrow X^2$. This projection gives rise to spacetime, matter profiles, and curvature without requiring an initial singularity, thereby resolving the "something-from-nothing" problem through structural necessity rather than creation. Although the theory is pre-geometric at its source, it yields empirically testable geometric consequences within the $X^2$ layer, including curvature attenuation patterns, horizon constraints, and specific early-universe behaviors. GTOE therefore reframes cosmology, ontology, and measurement as convergent expressions of a single recursive substrate.

**Comments:** 40 Pages.

**Download:** PDF

## Submission history

[v1] 2025-12-10 01:52:40
[v2] 2025-12-30 13:14:12

**Unique-IP document downloads:** 757 times

Vixra.org is a pre-print repository rather than a journal. Articles hosted may not yet have been verified by peer-review and should be treated as preliminary. In particular, anything that appears to include financial or legal advice or proposed medical treatments should be treated with due caution. Vixra.org will not be responsible for any consequences of actions that result from any form of use of any documents on this website.

**Add your own feedback and questions here:**
*You are equally welcome to be positive or negative about any paper but please be polite. If you are being critical you must mention at least one specific error, otherwise your comment will be deleted as unhelpful.*

0 Comments

Kalishwar Das