**Exhibit: B-4**

# PROPAEDEUTIC STATEMENT

Plaintiff Kalishwar Das hereby states as follows:

The General Theory of Entirety (GTOE) and the Tangible Theorem of Divinity (TTOD) were conceived, developed, and published as propaedeutic works — foundational texts preparatory to the progressive disclosure of the Special Theory of Entirety (STE), the originating intellectual framework developed solely by Plaintiff through decades of independent research.

STE is the governing theoretical authority underlying all published and unpublished works in this matter. The Contextual Domain Trajectory (CDT) constitutes the structural and organizational framework through which STE is housed, expressed, and progressively disclosed to the world. CDT does not exist independently of STE — it exists to carry it.

GTOE and TTOD represent the first controlled and deliberately limited disclosure within the CDT framework. They were not published as complete or standalone expressions but as preparatory works establishing the theoretical and structural base upon which Plaintiff's further and forthcoming publications within CDT are built.

The unauthorized ingestion and exploitation of GTOE and TTOD by Defendants has therefore compromised not merely these published works individually, but the integrity, authority, and developmental trajectory of the entire STE framework — whose full disclosure remains solely within Plaintiff's control.

-/s/- Kalishwar Das

*Kalishwar Das, Plaintiff Pro Se*
*Date: _June 18, 2026_*