Exhibit: B-5

amazon Delivering to Rock Hill 29730 Update location | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | Cart

All | Early Prime Day | Health AI | Amazon Haul | Medical Care | Amazon Basics | Best Sellers | Prime | Books | New Releases | Groceries | Gift Cards | Sell | Registry

Amazon Devices | Echo & Alexa | Fire Tablets | Amazon Fire TV | Kindle | Home Security | Device Deals | Accessories | Certified Refurbished | Device Support | Manage Your Content and Devices

Shop Theory in The Shop by Shopbop | The Shop by shopbop | Shop Theory

Sponsored

Exhibit: B-5

Kindle Store › Kindle eBooks › Science & Math




Read sample

**Follow the author**

Kalishwar Das | Follow

# The General Theory of Entirety

by KALISHWAR DAS (Author), Harshvardhan DAS (Author) | Format: Kindle Edition

See all formats and editions

This book addresses a foundational misunderstanding that shapes how existence, causation, and meaning are commonly perceived: the belief that geometry, spacetime, and physical law are ultimate realities, rather than expressions of a deeper, coherent order.

**The General Theory of Entirety (GTOE)** guides the reader toward recognizing an origin-level structure from which continuity, lawfulness, and manifestation arise. In doing so, it clarifies not only how physical order becomes possible, but why existence itself appears coherent rather than arbitrary.

As the framework unfolds, it becomes evident that the consistency underlying physical law is not merely mechanical. The same structure that enables geometry and causation also implies an underlying unity—one that has historically been approached through philosophy, metaphysics, and what many traditions have called *divinity*. GTOE does not define divinity as belief, deity, or doctrine; rather, it silently indicates ∑² as the inevitable implication of an origin

Read more

| Print length | Language | Accessibility | Publication date |
|---|---|---|---|
| 296 pages | English | Learn more | December 25, 2025 |

See all details

Report an issue with this product or seller



AprYew 2-in-1 Nasal Hair Cutter, Nose Hair Trimmer for Men Women, 360° Rotating...
3.4 ★★★☆☆ 381
$4.95 prime
Sponsored

| Kindle | Paperback |
|---|---|
| $0.00 kindleunlimited or $9.99 to buy | $30.00 |

Other New from $30.00

kindleunlimited
Unlimited reading. Over 5 million titles.
Learn more

Read for Free

OR

$9.99

Buy now with 1-Click

By placing an order, you're purchasing a content license & agreeing to Kindle's Store Terms of Use.

Sold by Amazon.com Services LLC.

Buy as Gift

Buy as a gift or purchase for a team or group.
Learn more

Buy as Gift

Send a free sample

Add to List

## Product details

- **ASIN** : B0GCJ5YLJ7
- **Accessibility** : Learn more
- **Publication date** : December 25, 2025
- **Language** : English
- **File size** : 5.0 MB
- **Screen Reader** : Supported
- **Enhanced typesetting** : Enabled
- **X-Ray** : Not Enabled
- **Word Wise** : Not Enabled
- **Print length** : 296 pages
- **Page Flip** : Enabled