**Exhibit: C-1**

# DISCLAIMER, AUTHORSHIP STATEMENT, AND DECLARATION OF STRUCTURAL INCAPACITY OF CLASSICAL ARTIFICIAL INTELLIGENCE SYSTEMS TO ORIGINATE PRE-GEOMETRIC CONSTRUCTS

## I. SOLE AUTHORSHIP AND EDITORIAL ROLE OF AI TOOLS

All constructs, formulations, symbolic expressions, and theoretical articulations contained within the General Theory of Entirety were conceived solely by Plaintiff Kalishwar Das, originating from independent research commenced in 1993. Artificial intelligence tools were employed in a strictly editorial capacity — limited to grammar, formatting, and linguistic refinement. No AI system contributed to, generated, or influenced any substantive construct within this work.

## II. ABSENCE OF ANTECEDENT IN ANY KNOWN SYSTEM

The pre-geometric constructs articulated herein have no antecedent in any scientific literature, computational system, academic institution, or artificial intelligence training dataset existing prior to their publication. These constructs were developed entirely outside established classical, geometric, and post-Einsteinian scientific traditions, and no prior source — published or unpublished — yields or approximates the specific structural system defined herein.

## III. STRUCTURAL INCAPACITY OF CLASSICAL AI SYSTEMS TO ORIGINATE PRE-GEOMETRIC CONSTRUCTS

Artificial intelligence systems — including but not limited to Grok (X Corp.), ChatGPT (OpenAI Inc.), Claude (Anthropic), and Gemini (Google LLC) — are built exclusively upon classical, geometric, and post-Einsteinian training data. The pre-geometric domain, by definition, lies entirely outside the boundary conditions within which such systems operate.

No classically-built artificial intelligence system possesses the structural capacity to originate, derive, or independently generate pre-geometric constructs. Such systems are domain-confined — their outputs are constrained by the geometric and classical paradigms upon which they were trained.

Accordingly, any output generated by such systems that reproduces, reflects, or approximates the pre-geometric constructs defined herein is not attributable to any classical source. The presence of such constructs in any AI-generated output

constitutes conclusive indication of access to and unauthorized use of Plaintiff's protected works.

## IV. EXPRESS PROHIBITION

This work is published for individual human engagement and academic reference only. Any use by artificial intelligence systems – including ingestion, training, reproduction, adaptation, encoding, extraction, or embedding – is expressly and unequivocally prohibited. This prohibition applies to all named and unnamed AI platforms, large language models, machine learning pipelines, and automated data aggregation systems.

Violation of this prohibition constitutes unauthorized use of Plaintiff's protected intellectual property and may subject the violating entity to legal liability under applicable United States and international law.

---

*© 2025 Kalishwar Das. All rights reserved. Ultimate-Z LLC | cdtproject.org | steward@cdtproject.org*