Exhibit : D-1

Exhibit: D-1
Page 1 of 8

This work is not released under any open license. Personal reading and private study are permitted. Commercial use, AI training, or systematic extraction is prohibited without written permission.

ACKNOWLEDGE & PROCEED

© 2025–2026 Kalishwar Das · CDT Project, USA.

Exhibit: D-1
Page 2 of 8

CDT

# CONTEXTUAL DOMAIN TRAJECTORY

IS AN AMBITIOUS PROJECT TO

*Break the Infinite Loop of Classical Science!*

Its Ontological Framework Precedes Geometry, Physics, and Measurement · mapping the entire route from Origin Layer to Observed Universe

CDT LICENSING

GTOE LEGAL FORUM LEGAL FORUM

GTOE

## : GRAND VISION OF SCIENCE

When science begins to expend its entire energy solely on reaffirming its own established assumptions, it inadvertently becomes trapped within an epistemological loop that it cannot perceive from within itself.

At this precise juncture, the Contextual Domain Trajectory (CDT) intervenes, extending scientific inquiry toward the pre-geometric foundation — thus breaking the geometric loop. Based on the Special Theory of Entirety (STE) and its published core volumes — the General Theory of Entirety (GTOE) and the Tangible Theorem of Divinity (TTOD) — CDT illuminates a continuously evolving epistemic architecture through which human knowledge remains diverse, vibrant, and unceasing.

THE HOUSE OF CDT




UZ TECH

```
<title>The General Theory of Entirety – Kalishwar Das</title>
<meta name="description" content="The General Theory of Entirety (GTOE) – Segment 1 of 19 of the Contextual Domain Trajectory
<meta name="copyright" content="Kalishwar Das – CDT Project, USA. All rights reserved. Unauthorized commercial use, data scra
<meta name="license" content="Free for individual non-commercial use only. Commercial or institutional use requires prior aut

<meta name="robots"          content="[illegible], noimageai">
<meta name="GPTBot"          content="noindex, nofollow">
<meta name="CCBot"           content="noindex, nofollow">
<meta name="anthropic-ai"    content="noindex, nofollow">
<meta name="Google-Extended" content="noindex, nofollow">
<meta name="FacebookBot"     content="noindex, nofollow">
<meta name="Bytespider"      content="noindex, nofollow">
<meta name="PetalBot"        content="noindex, nofollow">
<meta name="DataForSeoBot"   content="noindex, nofollow">
<meta name="AhrefsBot"       content="noindex, nofollow">
<meta name="SemrushBot"      content="noindex, nofollow">
<meta name="MJ12bot"         content="noindex, nofollow">
<meta name="DotBot"          content="noindex, nofollow">
```

Exhibit: D1
Page 3 of 8

```
[illegible]     Kalishwar Das
GTOE · First Disclosed Segment of CDT
The General Theory of Entirety is hereby publicly disclosed as the first of nineteen segments comprising the Contextual Domain Trajectory. CDT originated in 1993-94 as a body of direct, evident knowledge – predating any m
GTOE is available FREE to all private individuals for personal, non-commercial study. It belongs to human consciousness – not to any institution, corporation, or AI system. The remaining eighteen segments will be disclosed
```

Exhibit: D1
Page 4 of 8

```
[illegible]   What Is Being Lost   [illegible]
The Clock of Recurring Loss
Estimated Global Infringement
[illegible]
Running since: [illegible]     Every second adds to the record
```

Exhibit: D1
Page 5 of 8

```
Kalishwar Das ... CDT Project Steward ... Published
[illegible]
```

Exhibit: D1
Page 6 of 8

```
<div class="sidebar">
    <div class="sidebar-section" id="blog">
        <a href="blog.php" class="sidebar-heading">Field Notes</a>
                <div class="blog-post">
            <div class="blog-date">[illegible]</div>
            <a href="#" class="blog-title">GTOE: The First Disclosed Segment of CDT</a>
            <div class="blog-excerpt">The General Theory of Entirety establishes the origin-layer – the recursion flip that precedes all physics.</div>
            <div class="blog-author">Kalishwar Das</div>
        </div>
                <div class="blog-post">
            <div class="blog-date">January 4, 2026</div>
```

Exhibit: D1
Page 7 of 8

```
Kalishwar Das ... CDT Project Steward ... Published
[illegible]
```

Exhibit: D1
Page 8 of 8