Exhibit: D-2, Page-1 of 3

PERSONAL PAGE • CDT FRAMEWORK

# Kalishwar Das

## Welcome.

*You honor me by visiting my digital home. Consider this my guest room — a space for reflection and dialogue.*

What I have established through three decades of independent research is this: Divinity is not a matter of faith or philosophical proposition — it is a scientific reality whose proof operates at a foundational level that classical emergent theory has never reached and cannot reach. My published works — The General Theory of Entirety and the Tangible Theorem of Divinity — are the first scientific record of that proof.

Unlike classical science — which carries unresolved confusion on the nature of time, space, and matter — the Special Theory of Entirety (STE) carries no such confusion. It operates from the structural certainty of the whole, at a pre-geometric level that precedes the conditions under which time, space, and matter become expressible at all.

If classical science remains attempting to explore existence within the Einsteinian loop of General Relativity, it will never allow generations to know the truth which exists on the other side.

Read the published works directly on CERN-Zenodo: **The General Theory of Entirety (GTOE) ↗ · Tangible Theorem of Divinity (TTOD) ↗ · GTOE Empirical Validation ↗**

Exhibit: D-2, Page-2 of 3

A WORD BEFORE WE TALK • KALISHWAR DAS

# Something You Should Know First

I am glad you are here. Before we talk, I want to share something — not as a grievance, but simply as context. It explains where things stand, and why what comes next matters.

The CDT framework — thirty years of independent work — was published carefully and in stages, by deliberate design. In the course of that publication, the content was widely picked up by AI platforms and search engines across the world, without prior arrangement and without the understanding it deserved. It reached millions of people — but not always in the form it was meant to reach them.

That situation is being addressed — thoughtfully, without hostility, and with a clear sense of where it needs to go. No one is an adversary in this. What is needed is simply a proper foundation — so that what was absorbed informally can be engaged with formally, correctly, and to everyone's genuine benefit.

> The remaining segments of the CDT framework — including UZ-Tech, NCR, and others not yet released — are waiting for exactly that foundation. Once the ground is properly structured, the doors will open — and what follows will be unlike anything currently available.

I want to be clear about one thing: I am fully aware of my rights, and I am prepared to pursue them through proper legal channels if necessary — not out of hostility, but because the timely and proper deployment of CDT's remaining segments depends on a foundation that is legally sound. That foundation is what I am working to establish — and the sooner it is in place, the sooner what lies ahead can be shared with the world on the terms it deserves.

So, if you have received a Pre-Litigation Courtesy Notice and it has brought you here — you are in exactly the right place. This is the appropriate first step. What follows is a simple, confidential channel to begin a conversation — nothing more, and nothing less.

Exhibit: D-2, Page-3 of 3

KALISHWAR DAS • CDT PROJECT

CONTEXTUAL DOMAIN TRAJECTORY

Rock Hill, South Carolina · United States of America

PRE-LITIGATION COMMUNICATION •

# TALK FIRST

VIEW FEDERAL FILING STATUS →

You have taken the first step. This is the next one.

Before formal Federal proceedings commence, Plaintiff extends a single, time-limited opportunity for direct and confidential engagement. All submissions are received exclusively by Plaintiff and treated as confidential pre-litigation communications. No submission through this page constitutes an admission of liability by either party.

> *To have your company's name removed from the defendants list, please complete this form promptly. Federal filing documents pertaining to this matter will be accessible at the same address. Successful engagement may result in removal of your entity's name from the pending defendants list.*

COMPANY NAME *

CONTACT FULL NAME *

TITLE / DES[Please fill out this field.]

e.g. General Counsel

CONTACT EMAIL *

CONTACT PHONE

+1 (000) 000-0000

CONFIDENTIAL MESSAGE (OPTIONAL)

Your message...

☐ The undersigned, ___, acting with full corporate and authorized authority, hereby acknowledges the formal notice of alleged copyright infringement. By executing this submission, the organization expresses its intent to engage in confidential, pre-litigation discussions with the Steward/Plaintiff to explore a