Exhibit: D-3, Page-1 of 1

CDT PROJECT · STRATEGIC DEPLOYMENT

# Ultimate-Z.tech is on hold by *deliberate design.*

What you are looking for exists — fully formed, intentionally withheld.
Its release is not a matter of readiness but of timing —
a timing governed by a strategic decision already set in motion.

GOES LIVE AFTER

**September 30, 2026**

UNTIL THEN · THE ORIGIN POINT REMAINS

cdtproject.org

COM EXTRA · DOMAIN TRAJECTORY · THE ONLY SOURCE

© 2026 CAUSHWAB DAS · ALL RIGHTS RESERVED

CDT-AI ↗