Exhibit: D-4

# CDT-AI

We don't predict the future. We decode the trajectory shaping it.

## Welcome!

Email or Username

Enter email or username

Password

Show

Enter password

**Sign In** | Free Sign Up

Tip: You can sign in with either your email or username.