Exhibit: E


Published ©
Trade Secret
Contextual Domain Trajectory — CDT (Est. 2017)
Containing architecture for STE and all constituent segments
STE Core
Origin — India, 1993 — Never released
Special Theory of Entirety — STE
Four wings — together they constitute STE
GTOE
Published 2025
Copyrighted ©
TTOD
Published 2026
Copyrighted ©
UZ Tech
Trade Secret
Chip development
NCR
Trade Secret
Verification device
partial interaction
Ingot
UZT derivative
Trade Secret
AeT
NCR derivative
Trade Secret
CDT Knowledge Base
All published and unpublished + derivative theories,
test outputs and applicable algorithms