**EXHIBIT F-1**

# AFFIDAVIT OF AUTHORSHIP

## DECLARATION OF KALISHWAR DAS

I, Kalishwar Das, Plaintiff Pro Se, residing at 1505 The Xing, Rock Hill, South Carolina 29732, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

## I. SOLE ORIGINATION AND INDEPENDENT DEVELOPMENT

I am the sole originator and author of the Special Theory of Entirety ("STE") and its organizational framework, the Contextual Domain Trajectory ("CDT"), under which copyright protection attaches exclusively to the published expressions of STE, namely the General Theory of Entirety ("GTOE") and the Tangible Theorem of Divinity ("TTOD").

STE originated in or about 1993 in India as part of my independent research into ontological and structural subjects not addressed within traditional scientific frameworks, conducted entirely outside any institutional, academic, or corporate framework. From 1993 onward, I conducted a continuous and largely private course of research. By 2011, I had completed my multilingual research project privately, without external institutional assistance, maintaining full responsibility for the development, articulation, and protection of my pre-geometric constructs.

## II. NATURE OF THE FRAMEWORK

STE is an original body of work that does not arise from, or correspond to, established classical scientific frameworks. The Contextual Domain Trajectory ("CDT") constitutes the structural and organizational framework through which STE is housed, expressed, and progressively disclosed. CDT does not exist independently of STE — it exists to carry it. The General Theory of Entirety ("GTOE") and the Tangible Theorem of Divinity ("TTOD") constitute the first controlled and deliberately limited public disclosure within the CDT framework — propaedeutic works preparatory to the core segments of STE.

## III. PUBLICATION DECISION AND REASONABLE BELIEF

My decision to publish GTOE and TTOD was informed by my reasonable belief that United States copyright law would secure my intellectual property from unauthorized use. Prior works I had developed remained free from unauthorized access, which provided reasonable grounds to believe that a controlled and restricted publication would similarly be respected. I proceeded with publication under the express

Exhibit F1/2

understanding that any engagement with my works would occur through human cognition — whether directly or via my authorized platform, CDTAI.US — and not through automated systems structurally incapable of interpreting pre-geometric constructs.

## IV. COPYRIGHT REGISTRATIONS

GTOE is registered with the United States Copyright Office under Registration No. TXu 2-541-568, with an effective registration date of December 4, 2025. TTOD is the subject of a pending copyright registration bearing an effective filing date of March 26, 2026, Case No. 1-15128457591. All exclusive rights in GTOE and TTOD are vested solely in me under 17 U.S.C. §§ 102–106. I have not granted any Defendant, or any commercial entity, any license, authorization, or sublicense to access, reproduce, or utilize these works.

## V. ULTIMATE-Z LLC AND ADMINISTRATION

All STE contents are exclusively administered through Ultimate-Z LLC, of which I am the sole founding steward. Neo Cognitives LLC, originally established to administer certain initial development activities, is currently dormant after unauthorized infringements of GTOE and TTOD by AIs and data trader companies at scale.

## VI. HARSHVARDHAN DAS — SUCCESSOR AND PROJECT MEMBER

My son Harshvardhan Das with brother Aaditya Das with a limited role, are named project members within the CDT framework and a designated successor to my intellectual property interests, as reflected in the copyright registration for GTOE and TTOD. Their role is that of a project participant and designated heir — They hold no independent authorship rights in any work at issue in this proceeding.

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on: June 17, 2026*

06/17/2026

*Kalishwar Das*
*Plaintiff, Pro Se*
*1505 The Xing*
*Rock Hill, SC 29732*
*Ph: 803-370-2344*
*Email: steward@cdtproject.org*

**Sworn to and subscribed before me**
**This 17 Day of June , 2026**

**Notary Public of South Carolina**

Alisa Solomon
Notary Public
State of South Carolina
My Commission Expires August 11, 2035