EXHIBIT F-4

# AFFIDAVIT OF PRE-LITIGATION NOTICE AND DEFENDANT SILENCE

## DECLARATION OF KALISHWAR DAS

I, Kalishwar Das, Plaintiff Pro Se, residing at 1505 The Xing, Rock Hill, South Carolina 29732, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

## I. PRE-LITIGATION COURTESY NOTICES

Prior to initiating the instant action, I served pre-litigation courtesy notices upon the Chief Legal Officers of each named Defendant via United States Certified Mail. Said notices provided explicit notice of the unauthorized ingestion, reproduction, and commercial exploitation of STE-originating protected expression by Defendants' platforms, and offered guidance regarding authorized engagement through my published framework.

## II. FORMAL NOTICE DATES

I formally contacted each named Defendant on or about April 23, 2026 and on June 1, 2026, providing explicit notice of the unauthorized conduct described herein.

## III. DELIVERY CONFIRMATION

Delivery of said notices was confirmed for all four named Defendants. Records of delivery are attached hereto as Exhibits H-1 through H-6.

## IV. COMPLETE ABSENCE OF RESPONSE

As of the date of this filing, no named Defendant has responded to, acknowledged, or initiated any good-faith communication with me regarding said notices. This complete and deliberate silence, in the face of repeated good faith outreach, demonstrates willful and deliberate disregard of my intellectual property rights within the meaning of 17 U.S.C. § 504(c)(2).

Exhibit-F4/2

## V. ABSENCE OF DEFENDANT ENGAGEMENT WITH PLAINTIFF'S FRAMEWORK

Following my formal notice, no named Defendant has visited, accessed, or otherwise engaged with my published framework at cdtproject.org through channels visible to me, as reflected in available server access logs to be produced through discovery. This absence of engagement further supports my allegation of willful disregard of my rights.

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on: June 17, 2026*

**Sworn to and subscribed before me**
**This 17 Day of June, 2026**

**Notary Public of South Carolina**

Alisa Solomon
Notary Public
State of South Carolina
My Commission Expires August 11, 2035

06/17/2026

*Kalishwar Das*
*Plaintiff, Pro Se*
*1505 The Xing*
*Rock Hill, SC 29732*
*Ph: 803-370-2344*
*Email: steward@cdtproject.org*