EXHIBIT F-5

# AFFIDAVIT OF ONGOING INFRINGEMENT AND SERVER MONITORING

## DECLARATION OF KALISHWAR DAS

I, Kalishwar Das, Plaintiff Pro Se, residing at 1505 The Xing, Rock Hill, South Carolina 29732, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

## I. SERVER MONITORING INFRASTRUCTURE

I maintain a 24/7 server monitoring infrastructure associated with my published web properties, including but not limited to www.cdtproject.org and www.kalishwardas.com. This infrastructure generates timestamped access logs documenting all automated and human access to my published works and associated web properties.

## II. DOCUMENTED CRAWLER ACCESS

Through said monitoring infrastructure, I have documented that automated crawlers operating from data center infrastructure associated with named and unnamed Defendants have continued to access my published works and associated web properties following the publication of my stated restrictions on automated use on December 20, 2025, and have continued such access through the date of this filing.

## III. ONGOING AND ACTIVE INFRINGEMENT

Such automated access and reproduction remains active and ongoing as of the date of this filing. The unauthorized ingestion, reproduction, and commercial exploitation of my protected works has not ceased notwithstanding my formal pre-litigation notices and the explicit restrictions accompanying my published works.

## IV. REDIRECT OF ULTIMATE-Z.TECH

My domain www.ultimate-z.tech, established for the commercial deployment of UZ-Tech and forming part of the STE/CDT infrastructure, has been redirected to

Exhi

cdtproject.org following the commencement of unauthorized conduct, where a access is monitored and recorded.

## V. SCOPE OF MONITORING RECORDS

My monitoring of access to these materials commenced after the onset of the allege unauthorized conduct. Accordingly, existing records reflect only a portion of tota activity. The full scope of use is expected to be established through discovery including production of Defendants' indexing, training, and data processing records

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on: June 17, 2026*

**Sworn to and subscribed before me**
**This 17 Day of June, 2026**

**Notary Public of South Carolina**

Alisa Solomon
Notary Public
State of South Carolina
My Commission Expires August 11, 2035

06/17/2026

*Kalishwar Das*
*Plaintiff, Pro Se*
*1505 The Xing*
*Rock Hill, SC 29732*
*Ph: 803-370-2344*
*Email: steward@cdtproject.org*