# ULTIMATE-Z LLC

Exhibit: G-1

(A Contextual Domain Trajectory Management Company)
www.ultimate-z.tech · www.cdtproject.org · United States

*Date: June 01, 2026*

*To:*

*Chief Legal Officer*
Ms. Jennifer Newstead
Chief Legal Officer
Meta Platforms Inc.
1 Meta Way,
Menlo Park, CA 94025

*Re: Pre-Litigation Courtesy Notice — CDT/STE Copyrighted Works*

Dear Sir/Madam,

This notice is extended as a professional courtesy to inform you that the artificial intelligence platforms operated by your organization have been observed engaging with content originating from the following registered copyrighted works:

- The General Theory of Entirety ("GTOE") — Registration No. TXu 2-541-568
- The Tangible Theorem of Divinity ("TTOD") — Effective Filing Date: March 26, 2026

These works are exclusively administered through Ultimate-Z LLC and are subject to explicit restrictions prohibiting automated ingestion, machine learning use, and commercial exploitation, as publicly posted at cdtproject.org.

Authorized engagement may be established through cdtproject.org.

Respectfully,

-/s/- Kalishwar Das

**Kalishwar Das**
Originator & Steward — Contextual Domain Trajectory
steward@cdtproject.org
1-803-370-2344 · 803-800-3999
Ultimate-Z LLC · cdtproject.org

# ULTIMATE-Z LLC

**Exhibit: G-2**

(A Contextual Domain Trajectory Management Company)
www.ultimate-z.tech · www.cdtproject.org · United States

*Date: June 01, 2026*

*To:*
Halimah DeLaine Prado
Chief Legal Officer
**Google LLC**
1600 Amphitheater Parkway
Mountain View, CA 94043

*Re: Pre-Litigation Courtesy Notice — CDT/STE Copyrighted Works*

Dear Sir/Madam,

This notice is extended as a professional courtesy to inform you that the artificial intelligence platforms operated by your organization have been observed engaging with content originating from the following registered copyrighted works:

- The General Theory of Entirety ("GTOE") — Registration No. TXu 2-541-568
- The Tangible Theorem of Divinity ("TTOD") — Effective Filing Date: March 26, 2026

These works are exclusively administered through Ultimate-Z LLC and are subject to explicit restrictions prohibiting automated ingestion, machine learning use, and commercial exploitation, as publicly posted at cdtproject.org.

Authorized engagement may be established through cdtproject.org.

Respectfully,

-/s/- Kalishwar Das

**Kalishwar Das**
Originator & Steward — Contextual Domain Trajectory
steward@cdtproject.org
1-803-370-2344 · 803-800-3999
Ultimate-Z LLC · cdtproject.org

# ULTIMATE-Z LLC

Exhibit: G-3

(A Contextual Domain Trajectory Management Company)
www.ultimate-z.tech · www.cdtproject.org · United States

*June 01, 2026*

*To:*
Jason Kwon
Chief Strategy Officer & General Counsel
**OPEN AI LLC**
3180, 18th Street
San Francisco, CA 94110

*Re: Pre-Litigation Courtesy Notice — CDT/STE Copyrighted Works*

Dear Sir/Madam,

This notice is extended as a professional courtesy to inform you that the artificial intelligence platforms operated by your organization have been observed engaging with content originating from the following registered copyrighted works:

- The General Theory of Entirety ("GTOE") — Registration No. TXu 2-541-568
- The Tangible Theorem of Divinity ("TTOD") — Effective Filing Date: March 26, 2026

These works are exclusively administered through Ultimate-Z LLC and are subject to explicit restrictions prohibiting automated ingestion, machine learning use, and commercial exploitation, as publicly posted at cdtproject.org.

Authorized engagement may be established through cdtproject.org.

Respectfully,

-/s/- **Kalishwar Das**

**Kalishwar Das**
Originator & Steward — Contextual Domain Trajectory
steward@cdtproject.org
1-803-370-2344 · 803-800-3999
Ultimate-Z LLC · cdtproject.org

# ULTIMATE-Z LLC

Exhibit: G-4

(A Contextual Domain Trajectory Management Company)
www.ultimate-z.tech · www.cdtproject.org · United States

*June 01, 2026*

*To:*
Office of General Counsel
**X Corp,**
1355 Market Street, Suite 900
SanFrancisco CA 94103

*Re: Pre-Litigation Courtesy Notice — CDT/STE Copyrighted Works*

Dear Sir/Madam,

This notice is extended as a professional courtesy to inform you that the artificial intelligence platforms operated by your organization have been observed engaging with content originating from the following registered copyrighted works:

- The General Theory of Entirety ("GTOE") — Registration No. TXu 2-541-568
- The Tangible Theorem of Divinity ("TTOD") — Effective Filing Date: March 26, 2026

These works are exclusively administered through Ultimate-Z LLC and are subject to explicit restrictions prohibiting automated ingestion, machine learning use, and commercial exploitation, as publicly posted at cdtproject.org.

Authorized engagement may be established through cdtproject.org.

Respectfully,

-/s/- **Kalishwar Das**

**Kalishwar Das**
Originator & Steward — Contextual Domain Trajectory
steward@cdtproject.org
1-803-370-2344 · 803-800-3999
Ultimate-Z LLC · cdtproject.org