Exhibit: H

**H1**

9589 0710 5270 3822 0687 98

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

Menlo Park, CA 94025

OFFICIAL USE

Certified Mail Fee $5.30

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.78

Total Postage and Fees $6.08

0948
12
Postmark Here
06/01/2026

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

META Platform Inc

**H2**

9589 0710 5270 3822 0688 04

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.78

Total Postage and Fees $6.08

Postmark Here
06/01/2026

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Google Inc.

**H4**

9589 0710 5270 3822 0687 81

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

San Francisco, CA 94103

OFFICIAL USE

Certified Mail Fee $5.30

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.78

Total Postage and Fees $6.08

0948
12
Postmark Here
06/01/2026

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

OpenAI

**H3**

9589 0710 5270 3822 0688 28

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

San Francisco, CA 94110

OFFICIAL USE

Certified Mail Fee $5.30

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.78

Total Postage and Fees $6.08

0948
12
Postmark Here
06/01/2026

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

X Corp.

ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROUGHOUT THE U.S. FROM ...

Exhibit: H5/1

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Remove ✕

Tracking Number:

## 9589071052703822068798

Copy    Add to Informed Delivery

### Latest Update

Your item has been delivered to an agent. The item was picked up at USPS at 8:28 am on June 4, 2026 in MENLO PARK, CA 94025.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered to Agent

**Delivered to Agent, Picked up at USPS**
MENLO PARK, CA 94025
June 4, 2026 8:28 AM

**Arrived at USPS Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
June 3, 2026 7:58 AM

**Arrived at USPS Facility**
MID CAROLINA-CHARLOTTE NC DISTRIBUTION CENTER
June 1, 2026 10:36 PM

**Departed Post Office**
ROCK HILL, SC 29732
June 1, 2026 5:50 PM

**USPS in possession of item**
ROCK HILL, SC 29732
June 1, 2026 4:48 PM

Hide Tracking History

What Do USPS Tracking Statuses Mean?

Feedback

**Text & Email Updates**

**USPS Tracking Plus®**

ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROUGHOUT THE U.S. FROM ...

Exhibit: H5/2

# USPS Tracking®

FAQs ›

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Tracking Number:

**9589071052703822068804**

Remove ✕

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 10:38 am on June 4, 2026 in MOUNTAIN VIEW, CA 94043.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**
MOUNTAIN VIEW, CA 94043
June 4, 2026 10:38 AM

**Out for Delivery**
MOUNTAIN VIEW, CA 94043
June 4, 2026 8:50 AM

**Arrived at Post Office**
MOUNTAIN VIEW, CA 94043
June 4, 2026 8:39 AM

**Arrived at USPS Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
June 3, 2026 7:58 AM

**Arrived at USPS Facility**
MID CAROLINA-CHARLOTTE NC DISTRIBUTION CENTER
June 1, 2026 10:39 PM

**Departed Post Office**
ROCK HILL, SC 29732
June 1, 2026 5:50 PM

**USPS in possession of item**
ROCK HILL, SC 29732
June 1, 2026 4:49 PM

**Hide Tracking History**

Feedback

What Do USPS Tracking Statuses Mean?

ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROUGHOUT THE U.S. FROM ...

Exhibit: H5/3

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Tracking Number:

**9589071052703822068828**

Copy Add to Informed Delivery

Remove X

## Latest Update

Your item was picked up at the post office at 9:04 am on June 5, 2026 in SAN FRANCISCO, CA 94141.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**
SAN FRANCISCO, CA 94141
June 5, 2026 9:04 AM

**Arrived at USPS Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
June 3, 2026 10:19 AM

**Arrived at USPS Facility**
MID CAROLINA-CHARLOTTE NC DISTRIBUTION CENTER
June 1, 2026 10:30 PM

**Departed Post Office**
ROCK HILL, SC 29732
June 1, 2026 5:50 PM

**USPS in possession of item**
ROCK HILL, SC 29732
June 1, 2026 4:51 PM

Hide Tracking History

Feedback

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROUGHOUT THE U.S. FROM ...

Exhibit: H5/4

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Tracking Number:

**9589071052703822068781**

Remove ✕

Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 9:58 am on June 4, 2026 in SAN FRANCISCO, CA 94103.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**
SAN FRANCISCO, CA 94103
June 4, 2026 9:58 AM

**Notice Left (No Authorized Recipient Available)**
SAN FRANCISCO, CA 94103
June 4, 2026 9:23 AM

**Arrived at USPS Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
June 3, 2026 7:58 AM

**Arrived at USPS Facility**
MID CAROLINA-CHARLOTTE NC DISTRIBUTION CENTER
June 1, 2026 10:35 PM

**Departed Post Office**
ROCK HILL, SC 29732
June 1, 2026 5:50 PM

**USPS in possession of item**
ROCK HILL, SC 29732
June 1, 2026 4:46 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

EXHIBIT H-6

## DECLARATION OF NO RESPONSE RECEIVED FROM ANY DEFENDANT

I, Kalishwar Das, Plaintiff Pro Se, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

Prior to initiating the instant action, I served pre-litigation courtesy notices upon the Chief Legal Officers of each named Defendant — Meta Platforms, Inc., Google LLC, OpenAI, Inc., and X Corp. — via United States Certified Mail. Delivery was confirmed for all four Defendants as reflected in Exhibits H-1 through H-5.

As of the date of this filing, no named Defendant has responded to, acknowledged, or initiated any good-faith communication with me regarding said notices. This complete absence of response, in the face of good faith outreach, is hereby declared under penalty of perjury.

*Executed on: June 17, 2026*

-/s/- Kalishwar Das

**Kalishwar Das**
Originator & Steward — Contextual Domain Trajectory
steward@cdtproject.org
1-803-370-2344 · 803-800-3999
Ultimate-Z LLC · cdtproject.org