**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| KALISHWAR DAS,<br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.;<br>GOOGLE LLC;<br>OPENAI, INC.;<br>X CORP.; and DOES 1-50,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 0:26-cv-02425-SAL-PJG**<br><br>**PLAINTIFF'S SUPPLEMENT OF EVIDENCE IN SUPPORT OF FIRST AMENDED COMPLAINT** |

Plaintiff Kalishwar Das, appearing pro se, respectfully submits this Supplement of Evidence in support of the First Amended Complaint (ECF No. 11) filed in the above-captioned action, and states as follows:

## I. LICENSE SCOPE EVIDENCE

1. At all times relevant to the access and use alleged in the First Amended Complaint, The General Theory of Entirety ("GTOE") was published and licensed exclusively under the Creative Commons Attribution-NonCommercial 4.0 International license ("CC BY-NC 4.0"), a copyright license that expressly permits non-commercial use with attribution and does not extend, in any respect, to commercial exploitation.
2. True and correct copies of the Zenodo repository record(s) for GTOE (including, without limitation, Version 2.2, DOI: 10.5281/zenodo.20043856, and any subsequent version published under the same license terms, including any version bearing a newly-assigned DOI), reflecting the CC BY-NC 4.0 International license terms under which

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

KALISHWAR DAS,
Plaintiff,

v.

META PLATFORMS, INC.;
GOOGLE LLC;
OPENAI, INC.;
X CORP.; and DOES 1-50,
Defendants.

**Civil Action No. 0:26-cv-02425-SAL-PJG**

**PLAINTIFF'S SUPPLEMENT OF EVIDENCE IN SUPPORT OF FIRST AMENDED COMPLAINT**

Plaintiff Kalishwar Das, appearing pro se, respectfully submits this Supplement of Evidence in support of the First Amended Complaint (ECF No. 11) filed in the above-captioned action, and states as follows:

## I. LICENSE SCOPE EVIDENCE

1. At all times relevant to the access and use alleged in the First Amended Complaint, The General Theory of Entirety ("GTOE") was published and licensed exclusively under the Creative Commons Attribution-NonCommercial 4.0 International license ("CC BY-NC 4.0"), a copyright license that expressly permits non-commercial use with attribution and does not extend, in any respect, to commercial exploitation.
2. True and correct copies of the Zenodo repository record(s) for GTOE (including, without limitation, Version 2.2, DOI: 10.5281/zenodo.20043856, and any subsequent version published under the same license terms, including any version bearing a newly-assigned DOI), reflecting the CC BY-NC 4.0 International license terms under which

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| KALISHWAR DAS,<br>Plaintiff, | ) | **Civil Action No. 0:26-cv-02425-SAL-PJG** |
| v. | ) | |
| META PLATFORMS, INC.;<br>GOOGLE LLC;<br>OPENAI, INC.;<br>X CORP.; and DOES 1-50,<br>Defendants. | ) | **PLAINTIFF'S SUPPLEMENT OF EVIDENCE IN SUPPORT OF FIRST AMENDED COMPLAINT** |

Plaintiff Kalishwar Das, appearing pro se, respectfully submits this Supplement of Evidence in support of the First Amended Complaint (ECF No. 11) filed in the above-captioned action, and states as follows:

## I. LICENSE SCOPE EVIDENCE

1. At all times relevant to the access and use alleged in the First Amended Complaint, The General Theory of Entirety ("GTOE") was published and licensed exclusively under the Creative Commons Attribution-NonCommercial 4.0 International license ("CC BY-NC 4.0"), a copyright license that expressly permits non-commercial use with attribution and does not extend, in any respect, to commercial exploitation.

2. True and correct copies of the Zenodo repository record(s) for GTOE (including, without limitation, Version 2.2, DOI: 10.5281/zenodo.20043856, and any subsequent version published under the same license terms, including any version bearing a newly-assigned DOI), reflecting the CC BY-NC 4.0 International license terms under which

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

KALISHWAR DAS,
Plaintiff,

v.

META PLATFORMS, INC.;
GOOGLE LLC;
OPENAI, INC.;
X CORP.; and DOES 1-50,
Defendants.

**Civil Action No. 0:26-cv-02425-SAL-PJG**

**PLAINTIFF'S SUPPLEMENT OF EVIDENCE IN SUPPORT OF FIRST AMENDED COMPLAINT**

Plaintiff Kalishwar Das, appearing pro se, respectfully submits this Supplement of Evidence in support of the First Amended Complaint (ECF No. 11) filed in the above-captioned action, and states as follows:

## I. LICENSE SCOPE EVIDENCE

1. At all times relevant to the access and use alleged in the First Amended Complaint, The General Theory of Entirety ("GTOE") was published and licensed exclusively under the Creative Commons Attribution-NonCommercial 4.0 International license ("CC BY-NC 4.0"), a copyright license that expressly permits non-commercial use with attribution and does not extend, in any respect, to commercial exploitation.

2. True and correct copies of the Zenodo repository record(s) for GTOE (including, without limitation, Version 2.2, DOI: 10.5281/zenodo.20043856, and any subsequent version published under the same license terms, including any version bearing a newly-assigned DOI), reflecting the CC BY-NC 4.0 International license terms under which

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| KALISHWAR DAS,<br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.;<br>GOOGLE LLC;<br>OPENAI, INC.;<br>X CORP.; and DOES 1-50,<br>Defendants. | ) | **Civil Action No. 0:26-cv-02425-SAL-PJG**<br><br>**PLAINTIFF'S SUPPLEMENT OF EVIDENCE IN SUPPORT OF FIRST AMENDED COMPLAINT** |

Plaintiff Kalishwar Das, appearing pro se, respectfully submits this Supplement of Evidence in support of the First Amended Complaint (ECF No. 11) filed in the above-captioned action, and states as follows:

## I. LICENSE SCOPE EVIDENCE

1. At all times relevant to the access and use alleged in the First Amended Complaint, The General Theory of Entirety ("GTOE") was published and licensed exclusively under the Creative Commons Attribution-NonCommercial 4.0 International license ("CC BY-NC 4.0"), a copyright license that expressly permits non-commercial use with attribution and does not extend, in any respect, to commercial exploitation.

2. True and correct copies of the Zenodo repository record(s) for GTOE (including, without limitation, Version 2.2, DOI: 10.5281/zenodo.20043856, and any subsequent version published under the same license terms, including any version bearing a newly-assigned DOI), reflecting the CC BY-NC 4.0 International license terms under which