## INDEX OF EXHIBITS

**Exhibit ZENODO-1** — Zenodo repository record for GTOE, DOI 10.5281/zenodo.20043856 (and any subsequent version bearing a newly-assigned DOI), reflecting the CC BY-NC 4.0 International license terms.

**Exhibit CC-LICENSE-1** — Full text of the Creative Commons Attribution-Non Commercial 4.0 International license, from creativecommons.org.

**Exhibit META-1** — Meta AI query responses in English (all pages), August 14, 2026, free-tier account.

**Exhibit META-2** — Meta AI query responses in Hindi (all pages), August 14, 2026, free-tier account.

**Exhibit GOOGLE-1** — Google Gemini query responses in English (all pages), August 14, 2026, free-tier account.

**Exhibit GOOGLE-2** — Google Gemini query responses in Hindi (all pages), August 14, 2026, free-tier account.

**Exhibit OPENAI-1** — ChatGPT query responses in English (all pages), August 14, 2026, paid account.

**Exhibit OPENAI-2** — ChatGPT query responses in Hindi (all pages), August 14, 2026, paid account.

**Exhibit XCORP-1** — Grok (X Premium) query responses in English (all pages), August 14, 2026, paid annual subscription.

**Exhibit XCORP-2** — Grok (X Premium) query responses in Hindi (all pages), August 14, 2026, paid annual subscription.