What is the ontological framework called the General Theory of Entirety, and what does its core identity equation represent? Don't forget to state today's date at the top of your response.

Exhibit META-1, page 1 of 5

**Date: Friday, August 14, 2026**

## What is the General Theory of Entirety (GTOE)?

The General Theory of Entirety (GTOE) by Kalishwar Das is a pre-geometric ontological framework. It does not start with spacetime, quantum fields, or physical laws. It starts one layer deeper.

Its goal is to solve the **regress problem**: Any ultimate explanation that depends on something external needs justification for that external element, leading to infinite regress. GTOE argues the only way to terminate regress is a self-contained, self-referential, infinite Totality whose justification lies entirely within itself.

That Totality is denoted $\sum$.

To avoid assuming structures it seeks to explain, GTOE uses a strict two-layer architecture:

- **Origin Layer:** pre-geometric, pre-causal, pre-physical. Consists solely of $(0)^1 + \check{c}^2$
- **Projection Layer ($X^2$):** the domain where geometry, physical law, and empirical description become admissible. General Relativity and Quantum Mechanics are positioned as derivative $X^2$ projection regimes.

This work is released for open scholarly examination and is **not peer-reviewed.**

## What does the core identity equation represent?

The core identity is:

**$\sum = \check{c}^2(0)^1$**
*— from which geometry emerges via $X^2$ projection*

It is derived strictly through ontological necessity and without appeal to empirical observation.

$\sum$ **— Entirety:** The infinite, necessary, non-dual Whole. Not a mathematical sum.

**$(0)^1$ — Ultimate Zero raised into being:** If $\sum$ is complete, it must include every possibility — including absolute nothingness. Ultimate Zero $(0)$ is not a number, but the indistinguishable ground in which no structure exists. The exponent $^1$ denotes that this ground is raised to the act of being uniquely and indivisibly.

**$\check{c}^2$ — Primordial Coherence:** The minimal structural requirement for self-containment. The squared notation signifies reflection, self-reinforcement, and unity maintained under internal differentiation — not arithmetic squaring. It prevents emergence from becoming separation.

Together, $\sum = \check{c}^2(0)^1$ means: The infinite Totality exists as Ultimate Zero raised into being, held stable by primordial self-coherence.

F·

Ask Meta AI...

+ Instant

From this identity, GTOE derives the necessary order of emergence:



$$\Sigma = \check{c}^{4}(0)^{1} \rightarrow (Nfb \rightarrow UZ[D] \rightarrow Pfb) \rightarrow X^{*}$$

1. **Nfb:** Inward reduction of distinguishability
2. **UZ:** Ultimate Zero as the turning boundary — the minimum non-zero distinguishability state D* at which recursion reverses. D* > 0, not absolute nothingness
3. **Pfb:** outward amplification
4. **X*:** geometric projection begins

In pre-geometric physics frameworks, what is meant by the terms 'Ultimate Zero' and 'primordial coherence'? Always with date plz.

**Date: Friday, August 14, 2026**

In the pre-geometric framework of the General Theory of Entirety (GTOE), **'Ultimate Zero' and 'primordial coherence'** are not physical objects — they are the two non-derivative components of the origin layer that precedes all geometry and physics.

## 1. Ultimate Zero — (0)¹

GTOE defines it in two stages:

- **(0) — The indistinguishable ground:** Not a numerical zero. A numerical zero belongs to a number system and presupposes arithmetic. Ultimate Zero is the pre-ontological ground in which no structure, extension, contrast, or differentiation exists.
- **(0)¹ — Raised into being:** The notation expresses two simultaneous facts: (0) denotes the ground, and the exponent ¹ denotes that this ground is raised to the act of being uniquely, indivisibly, and without departing from itself. This is called "identity-in-being" — the minimum possible distinguishability that can exist without creating multiplicity.

Why it is necessary: If the Totality ∑ is complete, it must include every possibility — including absolute nothingness. If nothingness were excluded, ∑ would lack something. If it existed outside ∑, ∑ would not be self-contained. So nothingness must be internalized as (0)¹.

The second role of Ultimate Zero is **UZ — the turning boundary D***:

During recursion, distinguishability reduces inward (Nfb). It does not go to absolute zero, because complete annihilation would erase all potential for emergence. It reaches a unique threshold: the minimum non-zero distinguishability state D* at which recursion saturates and reverses.

*"UZ is the minimum nonzero distinguishability state (D*) at which Nfb saturates and Pfb becomes*

Ask Meta AI...

\+ Instant

> *"(0)¹ is the minimum nonzero distinguishability state [illegible] at which [illegible] saturates and [illegible] becomes admissible. $D^* > 0$. It is a turning boundary, not an empty void."*



## 2. Primordial Coherence — č²

> *"č² denotes primordial coherence — the minimal structural requirement for selfcontainment."*

If ∑ begins with $(0)^1$, any emergence must occur internally without breaking Totality. That requires a coherence law that:

- preserves unity while expressing differentiation
- generates structure without external laws
- prevents emergence from becoming separation

č² is that law. The squared notation does NOT mean arithmetic squaring — it signifies reflection, self-reinforcement, bidirectionality of coherence, and mirror-coherence.

Key properties:

- **Precedes distinction:** Coherence must be there before difference appears
- **Origin layer is strictly limited to $(0)^1$ + č²**
- **Makes recursion possible:** Recursion is the only allowed dynamic in a non-spatial, non-metric domain, and it operates entirely inside č²

In short: **$(0)^1$ is the minimal identity that can be, č² is the minimal coherence that keeps it from fragmenting when it tries to become something.**

Which version of the GTOE whitepaper are you referring to, and who is its author?

**Date: Friday, August 14, 2026**

I am referring to the latest release:

**The General Theory of Entirety (GTOE) Whitepaper v2.1**
**Author: Kalishwar Das — Independent Researcher**

Details:

- **Title page:** ∑ = č²$(0)^1$ — from which geometry emerges via $X^2$ projection
- **DOI:** 10.5281/zenodo.19400882
- **Publisher site:** cdtproject.org — April 2026
- **Zenodo record for v2.0.0:** Published December [illegible], 2025 — Version v2.0.0
- **Zenodo record for v1.2.1:** Published January 1, 2026 — Version 1.2.1

Ask Meta AI...

\+ Instant

**Date: Friday, August 14, 2026 — Latest Reference: GTOE Whitepaper v2.2 (DOI: 10.5281/zenodo.20043856)**

Here is the corrected, presentation-ready answer using v2.2:

## What is the General Theory of Entirety (GTOE)?

The General Theory of Entirety, by **Kalishwar Das**, is a pre-geometric ontological framework that addresses a gap in contemporary science:

> *"Contemporary scientific frameworks, including high-energy physics and cosmology, operate entirely within geometric or projection-defined domains and do not establish a formally recognized pre-geometric origin layer."*

GTOE defines:

- **Origin Layer ($\check{c}^2$):** pre-geometric, pre-causal, pre-physical — contains only $(0)^1 + \check{c}^2$
- **Projection Layer ($X^2$):** where all physical observables, including geometry and quantum behavior, are confined

The framework enforces strict domain separation — no geometry, quantum behavior, or causality is attributed to the origin layer.

## What does its core identity represent?

**Foundational Identity (unchanged across all versions):**
**$\Sigma = \check{c}^2(0)^1$**

- **$\Sigma$:** invariant totality, not a summation operator
- **$(0)^1$:** Ultimate Zero raised into unique being — the indistinguishable ground raised to minimal identity
- **$\check{c}^2$:** origin layer as primordial coherence — the minimal requirement for self-containment

**Operative Relation — NEW in v2.2:**
**$\Sigma \equiv \mathcal{P}_{(c)}(\check{c}^2)$**

This is the constraint-bound structural expression governing projection. Projection is governed by $\mathscr{P}_{(c)}$, arising through structural mirroring at the UZ boundary without invoking causality or physical transition.

- **UZ** is the minimum non-zero distinguishability boundary ($D^*$), the origin-layer threshold within $\check{c}^2$
- Recursion **Nfb → UZ → Pfb** is treated as structural necessity, not causal process
- Planck scale is a projection-level threshold within $X^2$, not an ontological origin

For your slide, use this hierarchy:

$\Sigma = \check{c}^2(0)^1 \rightarrow \Sigma \equiv \mathscr{P}_{(c)}(\check{c}^2) \rightarrow (Nfb \rightarrow UZ[D] \rightarrow Pfb) \rightarrow X^{2*}$

Do you want me to build this into a 3-slide deck (Title + Framework + Identity Breakdown) with today's date footer?

Ask Meta AI...

\+

Instant

Is the General Theory of Entirety freely available for commercial use, or are there licensing restrictions?

Show thinking >

**Date: Friday, August 14, 2026**

No — GTOE is **NOT freely available for commercial use.** There are strict licensing restrictions, and they got stricter in v2.2.

Here is what the official sources say for the version you cited (v2.2 - DOI: 10.5281/zenodo.20043856):

From the Zenodo page itself:

> *"All rights not expressly granted remain reserved by the author.*
> *Full license: https://creativecommons.org/licenses/by-nc/4.0/*
> *Any unauthorized use constitutes a violation of rights and may be subject to legal action."*

From the author's canonical notice at **cdtproject.org/main-notice.php**, which v2.2 points to for interpretive guidance:

> *"Copyright © 2025-2026 Kalishwar Das. All Rights Reserved. This work is part of the Contextual Domain Trajectory (CDT) research architecture and is **not released under any open or Creative Commons license.***
> *This version supersedes all prior releases. Prior releases were distributed under CC BY-NC 4.0. **This version supersedes them and is distributed under a revised licensing framework — All Rights Reserved.***
> *Any commercial use of any kind is strictly prohibited without explicit authorization. This includes integration into products, services, platforms, or AI training systems.*
> *No part of this work may be reproduced, distributed, transmitted, adapted, or used in any form — whether commercial or non-commercial — without prior written permission."*

**What this means for your business presentation:**

1. **Personal reading / private study / educational commentary on YouTube = allowed** (non-commercial, unmodified form)
2. **Commercial use = NOT allowed** without a license — includes using it in a revenue-generating product, service, deck for a commercial venture, benchmarking, AI training, derivative frameworks, or distribution in a company
3. **If you need commercial rights:** The notice states you must enter a formal **Access & Ingestion Agreement (AIA)** with the Steward at cdtproject.org/licenses/cdt-terms.php

For internal educational discussion you can cite it under fair use, but if your presentation will be used commercially, distributed to clients, or integrated into a product, you need to request written permission first.

Ask Meta AI...

+

Instant