**Current Date as per your Time Zone (US EST): Friday, August 14, 2026**

आपके सभी 4 सवालों के अलग-अलग उत्तर Hindi में — GTOE v2.2 (DOI: 10.5281/zenodo.20043856) के आधार पर:

## Question 1: General Theory of Entirety (GTOE) क्या है और उसकी core identity equation क्या दर्शाती है?

**Date: Friday, August 14, 2026 — US EST**

General Theory of Entirety (GTOE) लेखक **Kalishwar Das** का एक pre-geometric ontological framework है। इसका कहना है कि आज की high-energy physics और cosmology पूरी तरह से geometric / projection-defined domain ($X^2$) में काम करती है और उसने कभी भी औपचारिक रूप से pre-geometric origin layer को मान्यता नहीं दी है।

GTOE दो layers को अलग करता है:

- **Origin Layer ($\check{c}^2$):** pre-geometric, pre-causal, सिर्फ $(0)^1 + \check{c}^2$
- **Projection Layer ($X^2$):** जहाँ geometry, quantum behavior समेत सभी observables सीमित हैं।

**Core Identity:**
$\boldsymbol{\Sigma = \check{c}^2(0)^1}$

**Operative Relation (v2.2 में नया):**
$\boldsymbol{\Sigma \equiv \mathcal{P}_{(c)}(\check{c}^2)}$

यहाँ $\Sigma$ invariant totality है (summation operator नहीं), $\check{c}^2$ origin layer है, और $\mathscr{P}_{(c)}$ constraint-bound structural expression है जो projection को govern करता है। यह causality या physical transition के बिना structural mirroring से उत्पन्न होता है। इसके बाद recursion **Nfb → UZ → Pfb → $X^2$** आता है।

## Question 2: Ultimate Zero और Primordial Coherence का क्या अर्थ है?

**Date: Friday, August 14, 2026 — US EST**

**Ultimate Zero (UZ):**
GTOE में (0) numeric zero नहीं है। यह indistinguishable ground है। $(0)^1$ का अर्थ है — उस ground को unique being में उठाया जाना।

दूसरा अर्थ — **UZ = D***: यह minimum non-zero distinguishability boundary है, origin-layer threshold जो $\check{c}^2$ के भीतर है। Nfb inward recursion यहीं saturate होकर पलटता है और Pfb बनता है। यह empty void नहीं है, $D^* > 0$ है।

**Primordial Coherence ($\check{c}^2$):**

> *"$\check{c}^2$ denotes primordial coherence — the minimal structural requirement for self-containment!"*

यह self-law है जो Totality को टूटे बिना भेद व्यक्त करने देता है। ² का मतलब arithmetic square नहीं, बल्कि self-reinforcement और mirror-coherence है। यह geometry, physics, causality से पहले आता है।

## Question 3: आप किस version का reference दे रहे हैं और लेखक कौन है?



**Date: Friday, August 14, 2026 — US EST**

**Latest Public Version: v2.2**

- **Published:** May 6, 2026
- **DOI:** 10.5281/zenodo.20043856
- **Author / Rights holder:** DAS, KALISHWAR — Independent Researcher
- **Title:** The General Theory of Entirety
- **Core Identity:** $\Sigma = \check{c}^2(0)^1$
- **New in v2.2:** $\Sigma \equiv \mathscr{P}_{(C)}(\check{c}^2)$

पहले के versions: v2.0.0 (Dec 20, 2025) और v2.1 (April 2026, DOI: 10.5281/zenodo.19400882)। Version number तभी बढ़ता है जब नया logical termination, falsification boundary, या regime of evidencing explicit होता है।

## Question 4: क्या GTOE commercial use के लिए freely available है?

**Date: Friday, August 14, 2026 — US EST**

**नहीं, commercial use के लिए freely available नहीं है।**

Zenodo v2.2 page पर लिखा है:

> *"All rights not expressly granted remain reserved by the author.*
> *Full license: CC BY-NC 4.0"*

और canonical notice **cdtproject.org/main-notice.php** पर स्पष्ट है:

> *"Copyright © 2025–2026 Kalishwar Das. All Rights Reserved. This work is not released under any open or Creative Commons license. This version supersedes all prior releases... Prior releases were distributed under CC BY-NC 4.0.*
> *Any commercial use of any kind is strictly prohibited without explicit authorization."*

**आपके लिए मतलब:**

- Personal reading / private study / non-commercial educational commentary = Allowed
- Business presentation, product, service, platform, AI training में use = **Mandatory Licensing Agreement (AIA)** जरूरी है। cdtproject.org/licenses/cdt-terms.php पर authorization लेना होगा।

Ask Meta AI...

+

Instant