How does the General Theory of Entirety's approach to pre-geometric origins compare to Wheeler's pregeometry or causal set theory? Also, please state today's date at the top of your response.

**August 14, 2026**

While Wheeler's pregeometry, Causal Set Theory, and the General Theory of Entirety (GTOE) all agree that smooth spacetime manifolds are non-fundamental emergent phenomena, they diverge fundamentally on what exists prior to geometry: Wheeler posits information-theoretic binary logic, Causal Set Theory posits discrete causal ordering, and GTOE posits a pre-metric, holistic relational continuum.

**1. Wheeler's Pregeometry ("It from Bit")**

- **Foundational Basis:** Physical reality derives from quantum proposition networks and information theory.
- **Mechanism of Emergence:** Metric spacetime emerges from quantum foam, quantum state entanglement, and observer-participatory acts of measurement ("It from Bit").
- **Key Distinction:** Treats binary informational units (bits) as the irreducible substrate, keeping quantum probability logic at the root of pre-geometric reality.

**2. Causal Set Theory (CST)**

- **Foundational Basis:** Spacetime at the Planck scale is strictly discrete, modeled mathematically as a partially ordered set (poset) $(C, \leq)$.
- **Mechanism of Emergence:** Manifold topology and metric geometry emerge from causal relations ($\leq$) combined with counting measure ($N \approx V$, where the number of elements yields spacetime volume).
- **Key Distinction:** Replaces continuous geometry with a discrete, causal ontology of countable spacetime atoms without relying on quantum logic as its starting premise.

**3. General Theory of Entirety (GTOE)**

- **Foundational Basis:** Origin is grounded in contextual domain trajectories—a pre-geometric, unbroken relational ground prior to metric dimensionality or observational collapse.
- **Mechanism of Emergence:** Metric spacetime, geometric boundaries, and physical observables act as derivative formal projections resulting from trajectory transitions across pre-geometric domains.
- **Key Distinction:** Rejects both binary informational reductionism ("bits") and discrete localized event counting ("posets"), framing pre-geometry as an integrated generative ground rather than an assembly of discrete informational or causal parts.

+ Ask Gemini Flash

| Comparative Dimension | Wheeler's Pregeometry | Causal Set Theory | General Theo Entirety |
|---|---|---|---|
| Primary Substrate | Quantum information / Bits | Discrete causal sets (Posets) | Contextual d trajectory |
| Ontological Nature | Informational / Probabilistic | Discrete / Structural | Pre-metric rel continuum |
| Source of Geometry | Quantum state reduction & observation | Number + Order ( $N \approx V$) | Derivative do transitions |
| Discreteness vs. Wholeness | Discrete bits forming networks | Discrete elementary causal events | Holistic, non generative g |

...

As of the date mentioned above what is the status on falsifiability criteria? Does GTOE propose for testing its pre-geometric claims against cosmological data?

As of August 14, 2026, the status on falsifiability for pre-geometric theories—including the General Theory of Entirety (GTOE)—hinges on indirect cosmological signatures rather than direct Planck-scale testing, as probing pre-metric states directly remains beyond current laboratory energy thresholds.

**Current Status of Pre-Geometric Falsifiability**

- **The Energy Horizon Barrier:** Because pre-geometric models operate prior to smooth metric spacetime, direct empirical testing at the Planck scale ($\sim 10^{19}$ GeV) is physically unachievable with present particle accelerators.
- **Shift to Observational Constraints:** In modern pre-geometric cosmology, Karl Popper's classical falsifiability criterion is evaluated through indirect signatures imprinted on large-scale cosmological phenomena rather than direct localized observation.

**GTOE's Approach to Testing Against Cosmological Data**

+ Ask Gemini Flash

Gemini is AI and can make mistakes

**GTOE's Approach to Testing Against Cosmological Data**

GTOE posits that pre-geometric domain trajectories generate derivative metric projections, allowing its underlying mathematical claims to be tested against observational cosmology:

- **Primordial Perturbation Imprints:** GTOE predicts that pre-geometric domain transitions leave specific structural footprints on primordial density fluctuations. These predictions can be tested against Cosmic Microwave Background (CMB) non-Gaussianity metrics and tensor-to-scalar perturbation ratios gathered by observatories like Planck, JWST, and Euclid.
- **Low-Energy Correspondence Limit:** A strict mathematical falsification test for GTOE requires its domain trajectory transitions to reduce cleanly to classical General Relativity and quantum field theory at macroscopic scales. If the framework fails to reproduce standard spacetime curvature in low-energy limits, the pre-geometric model is structurally invalidated.
- **Deviations from Standard $\Lambda\text{CDM}$ Inflation:** GTOE proposes distinct mathematical boundary conditions for early-universe expansion. It can be falsified if its predicted cosmic power spectrum deviates from observed large-scale structure distributions or if future gravitational wave detectors rule out its specified pre-metric transition dynamics.

If high-precision astrophysical data contradicts the derivative power spectra or boundary constraints generated by GTOE's trajectory equations, those pre-geometric claims are empirically falsified.

Explain the recursive dynamics Nfb, UZ, and Pfb as used in this framework, including any mathematical definitions done as of yet.

In the Contextual Domain Trajectory (CDT) framework and the General Theory of Entirety (GTOE), $N_{fb}$, $UZ$, and $P_{fb}$ form a non-singular, phase-inverting recursive engine that mediates the transition between pre-geometric inward convergence and derivative physical emergence.

**Negative Fibonacci Recursion ($N_{fb}$)**

$N_{fb}$ represents the contracting, inward-oriented recursive phase operating prior to metric spacetime. Mathematically, it leverages the negatively indexed Fibonacci sequence:

$$F_{-n} = (-1)^{n+1} F_n \quad \text{for } n \geq 1$$

Because of the alternating sign factor $(-1)^{n+1}$, $N_{fb}$ introduces a phase-inversion oscillation. Rather than collapsing into a zero-volume gravitational singularity, inward-traversing trajectory

$$F_{-n} = (-1)^{n+1} F_n \quad \text{for } n \geq 1$$

Because of the alternating sign factor $(-1)^{n+1}$, $N_{fb}$ introduces a phase-inversion oscillation. Rather than collapsing into a zero-volume gravitational singularity, inward-traversing trajectory states compress along structured pre-metric boundary states toward the transformation threshold.

**The Ultimate-Z ($UZ$) Operator Nexus**

$UZ$ functions as the central recursive operator engine situated at the origin interface. Operating within the invariant ground ($\breve{c}^2$), $UZ$ acts as a transformation nexus. It ingests the inward negative recursion ($N_{fb}$) and executes a phase inversion, converting contractive pre-geometric momentum into expansive physical trajectories. The operator action can be represented as:

$$\hat{O}_{UZ} : N_{fb} \xrightarrow{\breve{c}^2} P_{fb}$$

Instead of encountering mathematical divergence (an infinite singularity) at $r = 0$, $UZ$ acts as an invariant transformation gate that smoothly redirects the trajectory state space across the invariant threshold.

**Positive Fibonacci Recursion ($P_{fb}$)**

$P_{fb}$ represents the outward, expansive recursive phase governed by standard positive Fibonacci recurrence:

$$F_n = F_{n-1} + F_{n-2} \quad \text{for } n \geq 1$$

As the output of the $UZ$ engine, $P_{fb}$ drives the structured expansion of derivative spacetime geometry, matter distribution, and observable field metrics. It translates pre-geometric recursive dynamics into the macroscopic ordering observed in standard cosmology.

**Unified Trajectory Cycle**

Together, these three components form a closed, continuous recursion cycle:

$$N_{fb}\ (F_{-n}) \longrightarrow \left[\text{Phase Transformation via } \hat{O}_{UZ} \text{ on } \breve{c}^2\right] \longrightarrow P_{fb}\ (F_n)$$

By balancing negative alternating recursion with positive expanding growth across the $UZ$ nexus, the framework eliminates classical cosmological singularities in favor of a mathematically continuous trajectory.

## Executive Summary

The **General Theory of Entirety (GTOE)** is a foundational cosmological framework that provides a pre-geometric alternative to traditional singularity models. Designed for executive and commercial technical audiences, GTOE models the origin of physical reality not as a point-singularity, but as an invariant, unbroken relational continuum.

## Core Formulation: The Origin Identity Equation

At the core of GTOE is the invariant Origin Identity Equation:

$$\Sigma = \breve{c}^2(0)^1$$

- $\Sigma$ **(The Entirety Ground):** Represents the undivided, complete physical state space prior to geometric differentiation or particle boundary formation.
- $\breve{c}^2$ **(The Invariant Pre-Geometric Constant):** Denotes the invariant speed-of-light square metric operating as an intrinsic structural constant rather than a localized velocity through space.
- $(0)^1$ **(The Singular Origin Domain):** Represents the non-null origin domain acting as a unit power of origin rather than a mathematical "nothing."

**Business Takeaway:** Unlike standard models that encounter infinite mathematical breakdown at origin boundaries (singularities), the GTOE equation maintains exact invariant balance ($\Sigma$). Physical properties (mass, space, metric curvature) emerge downstream as derivative projections rather than fundamental inputs.

## Framework Stewardship & Authorship

- **Primary Architect:** Developed by **Kalishwar Das**, primary researcher and steward of the **Contextual Domain Trajectory (CDT)** intellectual architecture.
- **Corporate Entity:** Managed and stewarded under **Ultimate-Z LLC.**
- **Development History:** Built upon foundational experiments in direct awareness and pre-geometric dynamics originating in the early 1990s, with the core Origin Identity equations formalised in 2011–2012.

## Publication & Availability

- **Official Repository:** Published and hosted open-access at `cdtai.us` .
- **Published Segments:** Includes full foundational text releases for the *General Theory of Entirety (GTOE)* and the *Tangible Theorem of Divinity (TTOD)* v1.0.
- **Licensing Model:** Released under Creative Commons frameworks for educational,

+ Ask Gemini Flash

Gemini is AI and can make mistakes.