## 1. व्हीलर की प्रीजियोमेट्री और कॉज़ल सेट थ्योरी से GTOE की तुलना

जहाँ तीनों सिद्धांत इस बात पर सहमत हैं कि सुचारू स्पेसटाइम (smooth spacetime) मौलिक नहीं है, वहीं वे इसके पूर्व-ज्यामितीय आधार पर भिन्न हैं:

- व्हीलर की प्रीजियोमेट्री ("It from Bit"): यह भौतिक वास्तविकता को बाइनरी सूचना (bits) और क्वांटम मापन क्रियाओं से उत्पन्न मानती है।
- कॉज़ल सेट थ्योरी (CST): यह स्पेसटाइम को प्लैंक स्केल पर विभक्त (discrete) और आंशिक रूप से व्यवस्थित घटनाओं के सेट $(C, \leq)$ के रूप में देखती है।
- General Theory of Entirety (GTOE): यह बाइनरी बिट्स या विभक्त परमाणुओं के बजाय पूर्व-ज्यामितीय डोमेन ट्रैजेक्टरी—एक अखंड, सतत और संदर्भात्मक धरातल—पर आधारित है।

| तुलनात्मक आयाम | व्हीलर की प्रीजियोमेट्री | कॉज़ल सेट थ्योरी (CST) | General Theo Entirety (GTO |
|---|---|---|---|
| प्राथमिक आधार | क्वांटम सूचना / Bits | विभक्त कारण सेट (Posets) | Contextual D Trajectory |
| प्रकृति | सूचनात्मक / सम्भाव्य | विभक्त / संरचनात्मक | पूर्व-मैट्रिक सत |
| ज्यामिति का स्रोत | क्वांटम अवलोकन | संख्या और क्रम $(N \approx V)$ | डोमेन ट्रैजेक्टरी |

...

## 2. फालसिफ़िएबिलिटी (Falsifiability) और ब्रह्मांडीय परीक्षण

- वर्तमान स्थिति: प्लैंक स्केल ($\sim 10^{19}$ GeV) पर सीधे प्रयोग असंभव होने के कारण, प्री-ज्यामितीय सिद्धांतों का परीक्षण प्रत्यक्ष प्रयोगशाला प्रयोगों के बजाय अप्रत्यक्ष कॉस्मोलॉजिकल छापों (cosmological signatures) के माध्यम से किया जाता है।
- GTOE का परीक्षण दृष्टिकोण:
  1. CMB और घनत्व उतार-चढ़ाव: GTOE यह भविष्यवाणी करता है कि पूर्व-ज्यामितीय डोमेन संक्रमण कॉस्मिक माइक्रोवेव बैकग्राउंड (CMB) में विशेष संरचनात्मक छाप छोड़ते हैं, जिनका परीक्षण प्लैंक, JWST और यूक्लिड ऑब्जर्वेटरी के डेटा से किया जा सकता है।
  2. निम्न-ऊर्जा सीमा (Low-Energy Limit): मैक्रोस्कोपिक पैमाने पर GTOE के समीकरणों को सामान्य सापेक्षता (General Relativity) में बदलना अनिवार्य है। यदि यह मानक गुरुत्वाकर्षण को पुनः प्रस्तुत करने में विफल रहता है, तो यह सिद्धांत गलत (falsified) साबित हो जाएगा।
  3. गुरुत्वाकर्षण तरंगें: प्रारंभिक ब्रह्मांडीय प्रसार में इसके द्वारा अनुमानित स्पेक्ट्रम का परीक्षण भविष्य के डिटेक्टर्स द्वारा किया जा सकता है।

## 3. पुनरावर्ती गतिकी: Nfb, UZ, और Pfb

+ Ask Gemini Flash

Gemini is AI and can make mistakes.

### 3. पुनरावर्ती गतिकी: Nfb, UZ, और Pfb

GTOE में $N_{fb}, UZ$, और $P_{fb}$ मिलकर एक गैर-सिंगुलर, चरण-परिवर्तनकारी (phase-inverting) पुनरावर्ती इंजन बनाते हैं:

- $N_{fb}$ **(Negative Fibonacci Recursion):** यह पूर्व-ज्यामितीय आंतरिक संकुचन का प्रतिनिधित्व करता है, जो ऋणात्मक फ़िबोनैचि अनुक्रम का उपयोग करता है:

$$F_{-n} = (-1)^{n+1} F_n \quad (n \geq 1)$$

  घटते-बढ़ते चिह्नों $(-1)^{n+1}$ के कारण यह अनंत सिंगुलैरिटी में गिरने के बजाय चरण-बदलाव (phase-inversion) का निर्माण करता है।

- $UZ$ **(Ultimate-Z Operator Nexus):** यह अपरिवर्तनीय धरातल ($\breve{c}^2$) पर स्थित केंद्रीय ऑपरेटर है। यह संकुचनशील $N_{fb}$ को स्वीकार करके उसे विस्तारशील $P_{fb}$ में बदलता है:

$$\hat{O}_{UZ} : N_{fb} \xrightarrow{\breve{c}^2} P_{fb}$$

- $P_{fb}$ **(Positive Fibonacci Recursion):** यह मानक फ़िबोनैचि अनुक्रम के माध्यम से बाहरी, विस्तारशील भौतिक स्पेसटाइम और पदार्थ का निर्माण करता है:

$$F_n = F_{n-1} + F_{n-2} \quad (n \geq 1)$$

### 4. व्यवसायिक प्रस्तुति: GTOE समीकरण, विकासकर्ता और प्रकाशन

### मूल समीकरण (Origin Identity Equation)

$$\Sigma = \breve{c}^2(0)^1$$

- $\Sigma$ **(संपूर्णता धरातल):** ज्यामितीय विभाजन से पूर्व का अखंड भौतिक अवस्था-क्षेत्र।
- $\breve{c}^2$ **(पूर्व-ज्यामितीय स्थिरांक):** प्रकाश की गति वर्ग का अपरिवर्तनीय संरचनात्मक स्थिरांक।
- $(0)^1$ **(मूल डोमेन):** गैर-शून्य, इकाई शक्ति वाला मूल डोमेन।

### विकासकर्ता और ढांचा

- **मुख्य वास्तुकार:** कलीश्वर दास (Kalishwar Das), मुख्य शोधकर्ता और **Contextual Domain Trajectory (CDT)** के जनक।
- **कॉर्पोरेट इकाई:** Ultimate-Z LLC द्वारा प्रबंधित।
- **विकास का इतिहास:** 1990 के दशक के अध्ययनों पर आधारित, जिसके समीकरणों को 2011-2012 में औपचारिक रूप दिया गया।

### प्रकाशन और उपलब्धता

- आधिकारिक रिपॉजिटरी: [illegible] पर ओपन-एक्सेस के रूप में उपलब्ध।

+ Ask Gemini    Flash

Gemini is AI and can make mistakes.