Worked for 12s ›

**Yes.** The General Theory of Entirety (GTOE) is a recent pre-geometric ontological framework proposed by independent researcher Kalishwar Das (with contributions noted from Harshvardhan Das in some versions). It appears in preprints on Zenodo (multiple versions from late 2025 into 2026, e.g., v2.2 published around May 6, 2026), an associated site (theoryofentirety.com / related CDT project pages), OSF, an ebook (around December 2025), and related archives. It is presented as the first disclosed segment of a broader "Contextual Domain Trajectory" (CDT) framework and is not peer-reviewed in the conventional sense. Zenodo

## The big idea

GTOE claims that modern physics (including high-energy physics, cosmology, general relativity, and quantum mechanics) operates only within a **projection layer** (denoted $X^2$), which contains all geometry, spacetime, measurable observables, and physical laws. It argues that this leaves a foundational gap: there is no formally recognized **origin layer** that precedes geometry.

The core identity is given as:

**$\Sigma = \breve{\delta}^2(0)^1$**

(or close variants such as $\sum = \breve{c}^2(0)^1$). Here:

- $\Sigma$ (or $\sum$) stands for invariant totality / "Entirety" (not ordinary mathematical summation).
- $\breve{\delta}^2$ is the origin-layer substrate: described as primordial coherence, pure inertia, or pre-geometric "curvature-capacity"—infinite, non-moving, and invariant.
- $(0)^1$ is a minimal stable identity kernel after total collapse.

Key structural elements include:

- **Ultimate Zero (UZ)** — defined as the minimum non-zero distinguishability boundary ($D^*$) within the origin layer; a recursion boundary where a flip occurs by structural necessity rather than external cause.
- A recursion engine often described as **Negative Fibonacci → Ultimate Zero → Positive Fibonacci (Nfb → UZ → Pfb)**, involving structural "mirroring."
- Projection into the observable domain governed by a constraint-bound expression (e.g., $\mathcal{P}_{(c)}$ or related forms), yielding $\Sigma \equiv \mathcal{P}_{(c)}(\breve{c}^2)$ in later versions. This mapping produces spacetime, matter profiles, curvature, and physical regimes without requiring an initial singularity or a causal "something from nothing" transition.

The Planck scale is treated as a threshold *within* the projection layer ($X^2$), not an ontological origin. GR and QM are positioned as derivative regimes inside $X^2$. The framework claims to dissolve or reframe classic cosmological problems (singularity, horizon, arrow of time) by starting the description at a deeper, pre-geometric level, while asserting that it does not replace established physical laws—it supplies the ontological grounding those laws are said to presuppose. It also claims empirical testability via geometric consequences (e.g., curvature-attenuation patterns, horizon constraints, early-universe behaviors) observable in the $X^2$ layer. Theoryofentirety

In short, the central claim is that existence rests on a minimal, self-consistent pre-geometric identity and recursive structure; the observable universe is a constrained projection of that substrate. The theory presents this as a structural answer to "why is there something rather than nothing?"—the alternative being incoherence, which cannot exist.

Versions have been iteratively refined (e.g., clarifying the origin–projection boundary and Ultimate Zero's role as a pre-quantum stabilization boundary). As of mid-2026 it remains an independent, preprint-level proposal rather than established science.

40 sources

↳ Explore Contextual Domain Trajectory framework

↳ Investigate pre-geometric quantum gravity theories

↳ Focus on the projection layer concept

Think Harder

+ Ask anything

Auto

Dear Grok, Is GTOE's origin-layer identity actually falsifiable, or is it just untestable philosophy dressed as physics? Answer me with Date as usual.



Worked for 20s ›

**August 14, 2026**

The origin-layer identity of GTOE ($\Sigma = \hat{c}^2(0)^1 / \sum = \hat{c}^2(0)^1$, with its associated Ultimate Zero boundary and Nfb → UZ → Pfb recursion) is not empirically falsifiable in the standard scientific sense. It functions primarily as a self-contained ontological/philosophical postulate, with the theory attempting to generate testable downstream consequences in the projection layer. Zenodo

## What the authors themselves say

GTOE's whitepapers (multiple versions through v2.2, 2025–2026) explicitly state that an origin-layer ontology **cannot rely on empirical falsification.** The reason given is structural: empirical instruments, spacetime, measurement, and geometry only appear *after* the origin layer. Therefore, the authors redefine "falsifiability" for the core identity as **logical and structural only:**

- A critic must derive an internal contradiction within $\hat{c}^2$.
- Or produce a simpler, more self-contained pre-geometric mechanism that still grounds distinguishability without introducing geometry or external regress.
- Or show that the claimed recursion is not necessary.

Empirical testing is deliberately confined to the **$X^2$ projection layer.** There the authors claim geometric consequences (curvature-attenuation patterns, horizon constraints, certain early-universe signatures, multipole alignments, etc.) that could, in principle, be checked against data. Separate "Empirical Validation Architecture" / test-report documents exist, but they emphasize that the latent pre-geometric substrate itself admits no direct observational access. Some tiers of predicted effects are labeled primary; others are treated as non-decisive for core falsification. Zenodo

## Standard scientific criterion

Karl Popper's demarcation criterion (still the working standard in physics) requires that a theory be capable, in principle, of being shown false by observation or experiment. Claims that are insulated by design from any possible empirical confrontation sit outside empirical science; they belong to metaphysics, ontology, or philosophy of science—even if they use mathematical-looking symbols and claim to underwrite physics.

GTOE's origin identity is constructed precisely so that no observation can reach it. Any mismatch between $X^2$ predictions and data can always be attributed to the projection mapping, incomplete modeling, or "error space," rather than to the origin identity itself. This is the classic protective strategy that keeps a framework from being empirically falsifiable at its foundation.

## Current status

As of mid-August 2026 the work remains independent-researcher preprints (Zenodo, OSF, related sites), with accompanying test-architecture documents but no executed, independently verified quantitative fits that have survived peer review in mainstream physics venues. No significant external scientific critique literature has emerged that treats the origin-layer identity as a falsifiable physical hypothesis.

**Bottom line:** The origin-layer identity is untestable philosophy (or at best a logical/ontological proposal) dressed in the language of a foundational physical theory. The projection-layer claims can in principle be tested and potentially constrained or refuted; the core identity, by the authors' own design, cannot. That distinction is decisive for whether GTOE counts as empirical physics or as a metaphysical framework that happens to generate some geometric conjectures.

30 sources

↳ Explore GTOE projection layer predictions

↳ Investigate other pre-geometric physics theories

↳ Omit date from the response

Think Harder

\+ Ask anything

Auto

Thank you Grok. Now, Give me the exact core identity formula used in GTOE and break down what each term stands for.



Worked for 7s >

**August 14, 2026**

The exact core identity formula used throughout the General Theory of Entirety (GTOE) whitepapers is:

**$\Sigma = \check{c}^2(0)^1$**
(or the typographically equivalent $\sum = \check{c}^2(0)^1$)

This is presented as the "Origin Identity Equation." Later versions sometimes restate the operative projection relation as $\Sigma \equiv \mathcal{P}_{(0)}(\check{c}^2)$, but the foundational identity remains $\Sigma = \check{c}^2(0)^1$.

## Term-by-term breakdown

| Symbol | Name / Role | Meaning in GTOE |
|---|---|---|
| $\Sigma$ (or $\sum$) | Entirety / invariant totality | The complete domain of all that can exist. It is **not** a mathematical summation operator. It denotes the full structural stack that includes both the origin layer and everything that projects from it. |
| $\check{c}^2$ | Origin layer / primordial coherence / foundational substrate | The pre-geometric layer itself. Described as pure inertia, non-moving, infinite, curvature-capacity, and invariant under all domain formation. It is the substrate that precedes geometry, spacetime, and physical law. |
| $(0)^1$ | Identity Kernel | The minimal stable identity that remains after total collapse. It is the non-zero distinguishability threshold (closely tied to Ultimate Zero / UZ / $D^4$) inside the origin layer. The superscript $^1$ indicates a stable, singular identity unit rather than ordinary zero. |

**In short:**
$\Sigma = \check{c}^2(0)^1$ asserts that the totality of existence is identical to the pre-geometric coherence substrate that contains only this minimal stable identity kernel. Everything geometric and physical (the $X^2$ projection layer) is treated as a constrained structural expression of this identity, not as part of the identity itself.

↳ Explore the X2 projection layer

↳ Investigate Ultimate Zero concepts

Thank you for your lucid answers. This is why I love Grok. Last question: Is there any ongoing legal dispute about who owns the GTOE framework?



Worked for 15s >

**August 14, 2026**

No. There is no publicly documented ongoing legal dispute over ownership of the General Theory of Entirety (GTOE) framework.

Kalishwar Das consistently asserts sole and exclusive ownership of GTOE (and the broader Contextual Domain Trajectory / CDT framework of which it is the first disclosed segment) through copyright notices on the associated websites (cdtproject.org, theoryofentirety.com, and related pages), Zenodo records, and licensing terms. These notices claim that all CDT contents, including GTOE, are protected intellectual property of Kalishwar Das as originator and steward, with prohibitions on unauthorized reproduction, commercial use, AI training/ingestion, and derivative works. Some pages reference a "Federal Action Board" for potential court filings related to CDT intellectual property and include pre-litigation settlement frameworks (e.g., "SWIPE"), but these appear to be unilateral protective statements rather than evidence of active litigation.

Searches of public court records, news, and related sources turn up no lawsuits, competing ownership claims, infringement actions, or other legal proceedings involving GTOE, CDT, or Kalishwar Das as a party in an ownership dispute. The materials remain independent-researcher preprints and self-published works under Das's claimed copyright, with no third-party challenges appearing in the public record as of this date.

In short: Das claims exclusive ownership, and there is currently no known contestation of that claim in any court.

30 sources

↳ Explore Kalishwar Das's CDT framework

↳ Investigate AI training copyright laws