यहाँ आपके चारों सवालों के जवाब साफ-साफ हिंदी में दिए जा रहे हैं:

## 1. क्या आपने जनरल थ्योरी ऑफ एंटायरटी (GTOE) के बारे में सुना है? इसका मुख्य आइडिया क्या है?

हाँ, सुना है।

जनरल थ्योरी ऑफ एंटायरटी (GTOE) एक हालिया प्री-ज्योमेट्रिक ऑन्टोलॉजिकल फ्रेमवर्क है, जिसे स्वतंत्र शोधकर्ता कलिश्वर दास ने प्रस्तावित किया है। यह 2025 के अंत से 2026 तक ज़ेनोडो, theoryofentirety.com और संबंधित साइटों पर प्रीप्रिंट के रूप में उपलब्ध है।

**मुख्य आइडिया:**
आधुनिक भौतिकी (सामान्य सापेक्षता, क्वांटम मैकेनिक्स आदि) केवल **प्रोजेक्शन लेयर ($X^{x}$)** में काम करती है, जहाँ ज्यामिति, स्पेसटाइम और मापने योग्य चीजें मौजूद हैं। GTOE कहता है कि इससे पहले एक **ओरिजिन लेयर ($\delta^{x}$)** है, जो पूरी तरह प्री-ज्योमेट्रिक है।

कोर आइडेंटिटी है — $\Sigma = \delta^{x}(0)^{1}$।
यह दावा करता है कि अस्तित्व की शुरुआत "कुछ न कुछ से" नहीं, बल्कि एक आवश्यक प्री-ज्योमेट्रिक संरचना से होती है। सिंगुलैरिटी, होराइजन प्रॉब्लम जैसी समस्याएँ इसलिए आती हैं क्योंकि हम वर्णन गलत गहराई से शुरू करते हैं।

## 2. क्या GTOE का ओरिजिन-लेयर आइडेंटिटी वास्तव में फॉल्सिफायबल है, या यह सिर्फ अपरीक्षणीय दर्शन है जो भौतिकी का रूप धारण किए हुए है?

ओरिजिन-लेयर आइडेंटिटी ($\Sigma = \delta^{x}(0)^{1}$) अनुभवजन्य रूप से फॉल्सिफायबल नहीं है।

लेखक स्वयं कहते हैं कि ओरिजिन लेयर पर अनुभवजन्य परीक्षण संभव नहीं, क्योंकि माप, स्पेसटाइम और उपकरण ज्यामिति के बाद ही आते हैं। इसलिए वे "तार्किक और संरचनात्मक फॉल्सिफायबिलिटी" की बात करते हैं — यानी कोई बेहतर प्री-ज्योमेट्रिक संरचना दिखाकर इसे गलत साबित किया जा सकता है।

$X^{x}$ लेयर में ज्यामितीय भविष्यवाणियाँ परीक्षण योग्य बताई गई हैं, लेकिन कोर आइडेंटिटी खुद अनुभवजन्य विज्ञान के दायरे से बाहर है। यह मुख्य रूप से एक दार्शनिक/ऑन्टोलॉजिकल प्रस्ताव है, न कि मानक भौतिकी का फॉल्सिफायबल सिद्धांत।

## 3. GTOE में इस्तेमाल होने वाला सटीक कोर आइडेंटिटी फॉर्मूला क्या है और प्रत्येक शब्द का क्या अर्थ है?

सटीक कोर आइडेंटिटी फॉर्मूला है:

$\Sigma = \delta^{x}(0)^{1}$
(या $\sum = \delta^{x}(0)^{1}$)

| प्रतीक | नाम / भूमिका | अर्थ |
|---|---|---|
| $\Sigma$ (या $\sum$) | एंटायरटी / इन्वेरिएंट टोटैलिटी | अस्तित्व का पूर्ण डोमेन। यह सामान्य गणितीय योग नहीं है। |
| $\delta^{x}$ | ओरिजिन लेयर / प्राइमॉर्डियल कोहेरेंस | प्री-ज्योमेट्रिक आधार। शुद्ध जड़ता, असीम, गैर-चलने वाला सब्सट्रेट। |
| $(0)^{1}$ | आइडेंटिटी कर्नेल | पूर्ण पतन के बाद बची न्यूनतम स्थिर पहचान। अल्टीमेट जीरो (UZ) से जुड़ा। |

यह कहता है कि संपूर्ण अस्तित्व = प्री-ज्योमेट्रिक कोहेरेंस सब्सट्रेट जिसमें केवल यह न्यूनतम स्थिर पहचान है।

## 4. क्या GTOE फ्रेमवर्क के मालिकाना हक को लेकर कोई चल रहा कानूनी विवाद है?

**नहीं।**

सार्वजनिक रिकॉर्ड में GTOE या CDT फ्रेमवर्क के मालिकाना हक को लेकर कोई चल रहा कानूनी मुकदमा, विवाद या अदालती कार्रवाई नहीं मिली है।

कलिश्वर दास लगातार दावा करते हैं कि वे इसके एकमात्र और विशेष मालिक हैं। उनकी वेबसाइटों पर कॉपीराइट नोटिस, लाइसेंस शर्तें और "फेडेरल एक्शन बोर्ड" का ज़िक्र है, लेकिन कोई सक्रिय मुकदमा या तीसरे पक्ष का दावा सार्वजनिक रूप से उपलब्ध नहीं है।

यदि आपको किसी जवाब को और विस्तार से चाहिए तो बताएँ।

↳ क्या GTOE में समय की अवधारणा है?

↳ क्या कलिश्वर दास ने अन्य सिद्धांत लिखे?

↳ सूचीबद्ध तालिका को सरल शब्दों में दोबारा लिखें।

Think Harder ×

+ Ask anything

Auto