**CERTIFICATE OF SERVICE**

I hereby certify that on this _15_ day of August, 2026, a true and correct copy of the foregoing Supplement of Evidence was filed with the Clerk of Court. As of the date of this filing, no Defendant has yet been served with process in this action; accordingly, no party of record presently exists upon whom service of this filing could be made. This Supplement will be served upon each Defendant contemporaneously with service of the Summons and First Amended Complaint, or as otherwise directed by the Court.

08/15/2026

Kalishwar Das, Plaintiff, Pro Se
1505 The Xing, Rock Hill, SC 29732
Email: kalishwardas@gmail.com
Ph: 803-370-2344, 803-800-3999