November 3, 2026

**Hon. Clerk of Court**
United States District Court
District of South Carolina
Columbia Division
901 Richland Street
Columbia, South Carolina 29201

RECEIVED
USDC CLERK, COLUMBIA, SC

2026 NOV -6 P 12: 24

Case No. **0:26-cv-02425-SAC-PJG**

Re: **Request for Email Notice of Electronic Filings (Pro Se Plaintiff)**

Dear Clerk of Court:

I am the pro se Plaintiff in the above-captioned case. I write to request email notice of all docket activity, because a court notice in this case has already failed to reach me through the mail.

A paper court notice in this case was delivered to a different mailbox. It was my unknown neighbor, not the postal carrier, who brought it to me three days late. A court document that reaches me only by chance exposes me to the risk of missing a deadline and prejudicing my case. Email notice, in addition to mailed notice, is necessary to prevent this from happening again.

As a pro se litigant, I am not permitted to file documents electronically, and I submit my filings in paper form. I understand that I may nevertheless receive notice of docket activity by email, and that the Court is not currently sending me email notices because no written request from me is on file. This letter is that request.

I respectfully ask that the Clerk's Office email me notice of all docket activity in this case, including orders, notices, and entries by the Court and by other parties. Under Fed. R. Civ. P. 5(b)(2)(E), I consent in writing to receive service of such papers by electronic means at the email address below.

Email address for notices: **kalishwardas@gmail.com** (optional cc: **kalishwar@me.com**)

If the Court requires a specific form or procedure for this request, please send it to me at the address above, and I will return it promptly.

Thank you for your prompt attention to this matter.

Respectfully,

[signature] 11/03/2026

Kalishwar Das, Plaintiff, pro se

1505 The Crossing, Rock Hill, SC 29732; Phone: 803-370-2344

Email in petition: **steward@cdtproject.org**